E-FILED
Friday, 05 March, 2021  04:12:25 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 11

| From: | Sutton, Lenford <lcsutto@ilstu.edu> |
|---|---|
| Sent: | Thursday, May 21, 2015 6:13 AM |
| To: | Lugg, Elizabeth; Kyei-Blankson, Lydia; Troxel, Wendy; Renn, Dianne; Rugutt, John; Otto, Stacy; Hoff, Pamela; Hatt, Beth; hatt.beth@gmail.com; Evans-Winters, Venus; Lin, Zeng |
| Subject: | RE: Proposed Sequence for EAF Research Methods Offerings |

It has taken me awhile to follow this conversation, so I apologize for this delayed recommendation. I am going to recommend that we discontinue EAF 512 Policy Analysis and Legal Research until we develop a version of the independent study that better serves our student population. I strongly urge research faculty to begin developing a new version of this offering using all resources available to EAF. I fully endorse Beth's suggestion to involve Lisa and Erika from the Policy Center. The recommendation to the CAC will be done via email.

Lenford Sutton

---

**From:** Lugg, Elizabeth
**Sent:** Thursday, May 07, 2015 6:12 AM
**To:** Kyei-Blankson, Lydia; Troxel, Wendy; Renn, Dianne; Rugutt, John; Otto, Stacy; Hoff, Pamela; Hatt, Beth; hatt.beth@gmail.com; Evans-Winters, Venus; Lin, Zeng
**Cc:** Sutton, Lenford
**Subject:** RE: Proposed Sequence for EAF Research Methods Offerings

Here is some background on 512 Policy Analysis and Legal Research. When I came here in 1996 there were two research options – quantitative and qualitative. Quantitative was taught by our statisticians and qualitative was taught through sociology. Changes were made to the research options to add assessment, technology and "other." The "other" was policy analysis and legal research. At the time, students who wished to pursue that type of dissertation were few and far between, so I just handled them through independent studies. Gradually more students appeared, especially after P12 listed policy analysis as one of the 4 types of Ed.D. dissertations. I started to become overwhelmed with the number of students that I was having to serve through independent studies, so Trisha decided to offer another iteration of 512 – policy analysis and legal research. For an entire sequence, however, I still need to cover the other topics through independent studies, which is not optimal.

Although policy analyses very often have quantitative or qualitative research imbedded in the analysis, it is neither quantitative nor qualitative research. My suggestion, and something that I have already started to work on, is to develop a stand-alone course or courses in a policy analysis and legal research strand to correspond with the dissertation types already adopted by P12. Because, as stated before, quantitative and/or qualitative methods are very often included in the policy analysis, it would necessarily need to dove-tail with the strands currently offered. In its present form, however, 512 Policy Analysis and Legal Research is not serving the program well.

Elizabeth Timmerman Lugg, J.D., Ph.D.
Associate Professor, Education Law
College of Education
Illinois State University
Normal, IL 61790-5900
309.438.8989

"The least productive people are usually the ones who are most in favor of holding meetings." Thomas Sowell

---

**From:** Kyei-Blankson, Lydia
**Sent:** Thursday, May 07, 2015 2:51 AM

1

LUGG IDHR 63

ISU 000311

**To:** Troxel, Wendy; Renn, Dianne; Rugutt, John; Otto, Stacy; Hoff, Pamela; Hatt, Beth; hatt.beth@gmail.com; Lugg, Elizabeth; Evans-Winters, Venus; Lin, Zeng
**Cc:** Sutton, Lenford
**Subject:** Proposed Sequence for EAF Research Methods Offerings

Colleagues:

First of all, I'll like to invite **Dianne to our group :-) Dianne, Wendy and I spoke and we feel we need your voice on this as the hope is to include our Program Eval/Assessment Offerings under Research. We hope you will honor the invitation.**

Please find attached a slight revision to the document I shared at our brief meeting yesterday. The initial plan was to have a conversation regarding the new Research/Foundations concentration . However, time was not on our side :(

As stated in the document, this is a **proposal for sequencing** our research methods offerings. In the document, you will find a proposal for course title changes as well as proposed additions (additions that might help our students better when it comes to quantitative research and also potential additions for students who might consider enrolling in the new Research/Foundations concentration).

I have included my comments on the document in the hopes that the comments will explain clearly the proposed changes especially where quantitative research methods is concerned. **I think the collective decision was to start working on this electronically and so please do send feedback. If you do send feedback, please do well to respond to the whole group.**

Once we have an agreed upon sequence, in the coming fall semester, we can start delving into serious conversations regarding topics we cover, course objectives/outcomes, how we teach, and what we think needs to be covered in each course-i.e. synch our syllabi especially where we have multiple sessions so students don't receive different content/outcomes in the same course, and also eliminate duplication of assessments from course to course....so we can better scaffold/build on the content from course to course for our students.

**Lastly,  for the purposes of scheduling for the 2015/16 academic year, please send me your teaching assignment preferences in a separate email. Do include courses and times you prefer to teach. We say preferences but y'all know ours are typically evening offerings, right? Plus, Special ED and Higher Ed have asked if we would consider MW offerings as they typically schedule their area courses for TTH. So in order to make our courses available to students across the college and campus, there will be a need to offer most of our research courses on MW. Just thought I'd share :)**

Thanks and Happy Grading!
Lydia

---

**From:** Troxel, Wendy
**Sent:** Wednesday, May 06, 2015 9:44 AM
**To:** Kyei-Blankson, Lydia
**Cc:** Rugutt, John; Otto, Stacy; Hoff, Pamela; Hatt, Beth; hatt.beth@gmail.com; Lugg, Elizabeth; Evans-Winters, Venus; Lin, Zeng
**Subject:** Re: Research Area Meeting to discuss the Approval Editorial Request- New concentration in EAF EdD & PhD for the 2016-18 Graduate Catalog

I'll be there...thanks!
Wendy


On May 5, 2015, at 12:55 PM, Kyei-Blankson, Lydia <lkyeibl@ilstu.edu> wrote:

Colleagues:
I hope you can stay after faculty meeting tomorrow for our joint meeting with Foundations.

2

LUGG IDHR 64

ISU 000312

Take care and see you tomorrow.
Thanks,
Lydia

---

**From:** Kyei-Blankson, Lydia
**Sent:** Tuesday, April 21, 2015 12:28 PM
**To:** Rugutt, John; Otto, Stacy; Hoff, Pamela; Hatt, Beth; hatt.beth@gmail.com; Troxel, Wendy; Lugg, Elizabeth; Evans-Winters, Venus; Lin, Zeng
**Subject:** Research Area Meeting to discuss the Approval Editorial Request- New concentration in EAF EdD & PhD for the 2016-18 Graduate Catalog

I bear good news, colleagues. The request for the addition of a new Foundations and Research sequence/concentration to the EAF doctoral degree program has been approved for inclusion in the 2016-2018 Graduate Catalog!!! Thanks for all your hard work, Beth! And so now, the work (fun) begins.....
In order to meet the schedule for Fall 2016 admissions, we will need to meet soon to start hashing out the curriculum for this new concentration. This is quite timely as we had already discussed the importance of scaffolding our research courses :) And interestingly, almost all of our Foundations colleagues also represent our research area. Seeing that we have our last faculty meeting on May 6th, how about we plan to meet with our Foundations colleagues on the same day, i.e. immediately following faculty meeting, for this purpose?

Thanks,
Lydia

LUGG IDHR 65

ISU 000313

# EXHIBIT 12

**From:** Sutton, Lenford <lcsutto@ilstu.edu>
**Sent:** Tuesday, April 21, 2015 3:48 PM
**To:** Lugg, Elizabeth
**Subject:** Re: Meeting

Those rankings are a joke!

Lenford C. Sutton, Ph.D., MBA

On Apr 21, 2015, at 3:26 PM, "Lugg, Elizabeth" <etlugg@ilstu.edu> wrote:

> Take it up with the professors at the University of Iowa College of Education, one of the top colleges of education in the US.  Just telling you what I was taught and what has rung true in my personal experience.
>
> Elizabeth Timmerman Lugg, J.D., Ph.D.
> Associate Professor, Education Law
> College of Education
> Illinois State University
> Normal, IL 61790-5900
> 309.438.8989
>
> "The least productive people are usually the ones who are most in favor of holding meetings."  Thomas Sowell

---

**From:** Sutton, Lenford Charles
**Sent:** Tuesday, April 21, 2015 3:23 PM
**To:** Lugg, Elizabeth
**Subject:** Re: Meeting

I totally disagree with with the description of teachers who depend on textbooks

Lenford C. Sutton, Ph.D., MBA

On Apr 21, 2015, at 3:13 PM, "Lugg, Elizabeth" <etlugg@ilstu.edu> wrote:

> Not for legal research – I guide them through WestLaw and Lexis.  They are not training to be attorneys so a legal bib textbook would be inappropriate and there isn't one that is worth the money that is less than that.  As I was taught, the teacher is in charge of the instruction and uses a textbook ONLY if necessary to enhance that instruction.  Teachers who rely on or march through textbooks are not teaching.
>
> Elizabeth Timmerman Lugg, J.D., Ph.D.
> Associate Professor, Education Law
> College of Education
> Illinois State University
> Normal, IL 61790-5900
> 309.438.8989

1

LUGG IDHR 44

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     ISU 000685

"The least productive people are usually the ones who are most in favor of holding meetings." Thomas Sowell

---

**From:** Sutton, Lenford Charles
**Sent:** Tuesday, April 21, 2015 2:50 PM
**To:** Lugg, Elizabeth
**Subject:** RE: Meeting

So are you saying you don"t use a textbook for EAF 512, when you say Legal Research is your brain?

**From:** Lugg, Elizabeth
**Sent:** Tuesday, April 21, 2015 1:47 PM
**To:** Sutton, Lenford Charles
**Subject:** RE: Meeting

Attached is the syllabus for 466. No textbook – too expensive; use the actual legal opinions. Also attached are the two policy analysis texts I use most often. Legal research is my brain. Again, I try to minimize costs for our students through the judicious use of textbooks. Because of the subjects being taught the resources are changed and updated each time the class is taught – the benefit of ReggieNet and other technologies.

Now that I have provided the curricular materials requested, please provide me with an informal agenda as to what about 466 you wish to discuss. 30 minutes pass by faster than you think.

Thank you.

ETL

Elizabeth Timmerman Lugg, J.D., Ph.D.
Associate Professor, Education Law
College of Education
Illinois State University
Normal, IL 61790-5900
309.438.8989

"The least productive people are usually the ones who are most in favor of holding meetings." Thomas Sowell

---

**From:** Sutton, Lenford Charles
**Sent:** Tuesday, April 21, 2015 1:28 PM
**To:** Lugg, Elizabeth
**Subject:** RE: Meeting

We are meeting about EAF 466, the other items are requests for curricular items.

**From:** Lugg, Elizabeth
**Sent:** Tuesday, April 21, 2015 1:01 PM

2

LUGG IDHR 45

ISU 000686

**To:** Sutton, Lenford Charles
**Subject:** RE: Meeting

So we are talking about 512 as well? At this point I have no idea why we are
meeting. Could you please forward me an informal agenda so that I can make sure that
I am prepared and we don't waste time? Thank you.

Elizabeth Timmerman Lugg, J.D., Ph.D.
Associate Professor, Education Law
College of Education
Illinois State University
Normal, IL 61790-5900
309.438.8989

"The least productive people are usually the ones who are most in favor of holding
meetings." Thomas Sowell

---

**From:** Sutton, Lenford Charles
**Sent:** Tuesday, April 21, 2015 12:54 PM
**To:** Lugg, Elizabeth
**Subject:** RE: Meeting

For clarification, a textbook for 466 and 512. Lenford Sutton

---

**From:** Sutton, Lenford Charles
**Sent:** Tuesday, April 21, 2015 12:52 PM
**To:** Lugg, Elizabeth
**Subject:** RE: Meeting

Also, if you have a textbook you are using I would like to see that as well.

Lenford Sutto

---

**From:** Lugg, Elizabeth
**Sent:** Tuesday, April 21, 2015 12:38 PM
**To:** Sutton, Lenford Charles
**Subject:** RE: Meeting

I thought we were meeting about 466. I'm confused so please clarify.

Elizabeth Timmerman Lugg, J.D., Ph.D.
Associate Professor, Education Law
College of Education
Illinois State University
Normal, IL 61790-5900
309.438.8989

"The least productive people are usually the ones who are most in favor of holding
meetings." Thomas Sowell

---

**From:** Sutton, Lenford Charles
**Sent:** Tuesday, April 21, 2015 12:25 PM

3

LUGG IDHR 46

ISU 000687

**To:** Lugg, Elizabeth
**Subject:** RE: Meeting

In advance of our learning conversation tomorrow, please forward a copy of your current syllabus for the iteration of EAF 512 for which you have served as the instructor. Carol is not here, otherwise I would get it from her.

Lenford Sutton

---

**From:** Lugg, Elizabeth
**Sent:** Wednesday, April 15, 2015 7:01 AM
**To:** Pfoff, Carol
**Cc:** Sutton, Lenford Charles
**Subject:** Meeting

Len wanted to set up a meeting next week. The only time I have is between 9:30 and 10:00 before the HE meeting on Wednesday the 22nd. When you get back let me know if that works. Enjoy Boston!

Betsy

Elizabeth Timmerman Lugg, J.D., Ph.D.
Associate Professor, Education Law
College of Education
Illinois State University
Normal, IL 61790-5900
309.438.8989

"The least productive people are usually the ones who are most in favor of holding meetings." Thomas Sowell

LUGG IDHR 47

ISU 000688

# EXHIBIT 13

# ILLINOIS STATE UNIVERSITY

|HOME|:  **RESEARCH METHODOLOGY AND STATISTICS IN EDUCATION IV**

**Instructor: Dr. John K. Rugutt**

Place of work: 323 DeGarmo

   Phone: (309) 438-2051

Office Hours: By appointment (Email preferable).

Class Meets: Thursday 5:30-8:20 pm, Room: DEG 331F

Email: jkrugut@ilstu.edu

| Department Name | Educational Administration and Foundations |
|---|---|
| **Course Number** | EAF 512 |
| **Course Title** | Research Methodology and Statistics in Education IV |
| **Catalog Description** | Provides for advanced study of research design and data analysis.  Students must consult instructor prior to registration.  Prerequisite: EAF 511 or consent of instructor. |
| **Course Overview** | This is the final part of a five-semester course that covers a wide range of statistical methods and their applications. Similar to the course sequence in this series, instead of concentrating on how to enter numbers in formulas, emphasis is on understanding concepts and processes behind statistical procedures.  The purpose of this course is to introduce students to advanced and multivariate statistical methods for analyzing educational data.  Various multivariate statistical techniques will be discussed.  The emphasis of the course will be on practical applications of statistical techniques. |

1

ISU-Expert 001222

|Course Schedule |Course Description |Class Format | Text and Software |Prerequisites |Required Student Tasks |

|Student Performance Evaluation Methods |Outline of Topics |Course Delivery System |

---

### Topical/Content Outline...Subject to Change!!

The instructor reserves the right to make changes to the course syllabus as necessary.

It is the student's responsibility to keep up with changes to the syllabus

### Course Schedule

| Week | Date | Topic | Assignment | Chapter |
|------|------|-------|------------|---------|
| 1 | 08/25 | Introduction and Review | | |
| 2 | 09/01 | Data Screening and Assumptions | | M-Ch3 |
| 3 | 09/08 | Factor Analysis | Assignment #1  Student_1 | M-Ch9  S-Ch35 |
| 4 | 09/15 | Factorial ANOVA | | M-Ch4  S-Ch25 |
| 5 | 09/22 | Repeated Measures ANOVA | Student_2 | Other*  S-Ch28 |
| 6 | 09/29 | Analysis of Covariance (ANCOVA) | Student_3 | M-Ch5  S-Ch26 |
| 7 | 10/06 | Multivariate Analysis of Variance (MANOVA) | Assignment #2  Student_4 | M-Ch6  S-Ch27 |
| 8 | 10/13 | M i d t e r m   E x a m i n a t i o n ! ! ! | | |
| 9 | 10/20 | Multivariate Analysis of Covariance (MANCOVA) | Student_5 | M-Ch6 |

2

ISU-Expert 001223

| 10 | 10/27 | Multiple Regression | Assignment #3 | M-Ch7 |
| | | | Student_6 | S-Ch33 |
| 11 | 11/03 | Canonical Correlation | Student_7 | Other* |
| | | | | Other** |
| 12 | 11/10 | Discriminant Function Analysis | Assignment #4 | M-Ch10 |
| | | | Student_8 | S-Ch34 |
| 13 | 11/17 | Logistic Regression | Student_9 | M-Ch11 |
| | | | | Other** |
| 14 | 11/24 | **T h a n k s g i v i n g   V a c a t i o n ! ! !** | | |
| 15 | 12/01 | **Final Examination!!!** | | |
| | | Assignment #5 | | |
| 16 | 12/08 | Grading Period | | |

Note:  * Based on student's article posted for discussion and/or notes from the instructor

   ** The instructor will provide the SPSS syntax to be used in data analysis

|Top | Home|

---

## 1   Analyzing Multivariate Data

### 1.1 Course Description

 This is a Ph.D/Ed.D graduate-level introduction to multivariate data analysis. My goal will be to teach you how to use the most common techniques, how to make them work for you, how to read and understand papers that use them.  This is a hands-on, down-to-earth approach.  We will not cover proofs and time spent on matrix algebra will be minimal. The course will emphasize the application of multivariate statistical techniques.  Topics reviewed include factorial ANOVA, repeated measures ANOVA, analysis of covariance (ANCOVA), multivariate analysis of variance (MANOVA), multivariate analysis of covariance (MANCOVA), multiple regression, discriminant function analysis (DFA), logistic regression, canonical correlation, principal components, and factor analysis.  Before getting to the multivariate material however, we need to finish the spillover from EAF511.

3

**1.2 Class Format**

 The format of the course will be a combination of lectures, seminar, and computer time. Each topic that we cover will have a combination of lecturing by me, to give you the necessary background for the topic, lab exercises so that we can learn how to interpret output, and a discussion period where we all read papers that apply the topic and then talk about its practical application. Each graduate student will lead one discussion section on one of our core topics. The scope that I've outlined is ambitious. And there is a lot that I think is important that we won't even get to! But we can speed up or slow down as we need to. The nice thing about having the syllabus all electronic is that it can change instantly!

**1.3 Texts and Software**

Required texts are:

(M)  Mertler. C. A. & Vannatta, R. A. (2005). Advanced and Multivariate Statistical Methods:

 Practical Application and Interpretation (3rd ed). Pyrczak Publishing, CA: Glendale.

(S) Green, S. B., & Salkind, N. J. (2004):  Using SPSS for Windows and Macintosh:

Analyzing and Understanding Data (4th).   Pearson Education, Inc.

ISBN: 0-13-146597

 Recommended texts:

Dictionary of Statistics and Methodology, 3rd edn. (Sage Publications, 2005) by Paul W. Vogt

Applied Multivariate Statistics for the Social Sciences by James P. Stevens

Using Multivariate Statistics by Barbara G. Tabachnik and Linda S. Fidell
Applied Multivariate Statistical Analysis by Richard A. Johnson and Dean W. Wichern

Multivariate Data Analysis with Readings by Joseph F. Hair, Rolph E. Anderson, Ronald L.

Tatham & William C. Black

 **Primary software**: SPSS (Statistical Package for the Social Sciences). We will use the Windows version as much as possible. The examples I will offer in class and the lab computer exercises will be computed in SPSS.

|Top | Home |

4

ISU-Expert 001225

### 1.4 Prerequisites

A strong background in data analysis and use of SPSS for data analysis is essential. Successful experience analyzing data is required. A willingness to tackle new problems and use of computer statistical programs is also needed.

### 1.5 Required Student Tasks

**Course Requirements and Required Student Tasks:**

1.      Participate in all class activities, complete all assigned readings, and be   prepared to discuss them in class;

2.      Complete the assignments by the due dates;

3.      Complete a final paper and deliver presentation of the paper in class).

1.    **Class Participation/Attendance.**  Attendance and active participation in class is very important and will be part of your grade.  Note that work on data analysis using computers will be **primarily** an in-class activity, so attendance on days we will work in the computer lab is particularly crucial.  Class participation and attendance will also involve reading a research article, summarizing and leading class discussion.  Being sick will not count as an absence.  You will receive a maximum of 20 points for class participation and attendance.

2.    **Assignments.**  Each student will complete a series of five assignments that together describe a process for using data and appropriate research methods to address a major problem derived from the data provided by the instructor.  More details will be provided later and also posted on the assignment link within the WebCT courseware.

|Top |Home |

### 1.6 Student Performance Evaluation Methods

The following point allocation will be used to determine final grades for the class:

1.      Class participation/attendance          20 points
2.      Assignments 1-4                         20 points
3.      Midterm                                 10 points
3.      Final Project                           20 points
4.      Presentation of Final Project           10 points
5.      Final Exam                              20 points

*Assignments.*  Assignments 1-4 are worth 5 points a piece for a maximum of 20 points.  Handing in a well thought out and well written assignment on the due date is worth 5 points.  Assignments

5

ISU-Expert 001226

turned in late will receive half-credit of 2.5 points if well done.  A high-quality final paper submitted on time will receive 20 points.  Final papers turned in one day late will receive a maximum of 15 points and final papers turned in more than one day late will receive half-credit, or a maximum of 10 points.  A well-done final presentation of your results will receive 10 points.  Students who do not present their results in class will not receive credit for the presentation.

Preparation for discussion on selected topic will involve completing the following steps.

1. Use Milner Library electronic databases to find one paper that applies (topic assigned for each week, for instance multiple regression). Find something related to your field of interest.
2. Post the reference and the web address on the WebCT discussion forum.
3. Let each one of you try to find different papers to read.
4. On the discussion day for (for instance, during the week multiple regression is due for discussion in class), come prepared to present a synopsis of the paper. If you don't fully understand what the author did, then that would be a good time to ask.
5. If you are the discussion leader for this topic (e.g., multiple regression), then be prepared to give an overview on the topic and to lead the discussion. In that case, you should fully understand how the technique was used before the class discussion.

Letter grades will be assigned in accordance with the following scheme:

| Points | Letter Grade |
|--------|--------------|
| 90-100 | A (Exceptional Performance) |
| 80-89 | B (Above Average Performance) |
| 70-79 | C (Average Performance) |
| 60-69 | D (Below Average Performance) |
| 0-59 | F (Failing) |

|Top | Home|

## 1.7 Outline of Topics

1. Complete remaining topics from EAF 511

2. Factorial analysis of variance (ANOVA)

3. Repeated Measures ANOVA

4. Multivariate analysis of variance (MANOVA)

5. Multivariate analysis of covariance (MANCOVA)

6. A brief introduction to matrix algebra

6

7. Multiple regression

8. Canonical correlation

9. Factor Analysis

10. Discriminant analysis

11. Logistic regression

## 1.8 Delivery System

This course will be presented using a variety of delivery systems:  The class will combine lecture, seminar/discussion (in-class and through online), statistical computing and student presentation.

|Top | Home |

7

ISU-Expert 001228

**ILLINOIS STATE UNIVERSITY**

**College of Education • Department of Educational Administration and Foundations**

# EAF 512.001
# Advanced Topics in Research Methodology: Qualitative Analysis

**Fall 2014**
**Mondays, 5:30–8:20 pm**
**SFHB 147**

### I.     Contact Information:

Stacy Otto, Ph.D.
Professor, Social Foundations of Education
and Qualitative Inquiry
Department of Educational Administration
and Foundations
College of Education
Illinois State University
338 DeGarmo Hall
Normal, IL 61790-5900

*Office*: (309) 438-3923
*Office fax*: (309) 438-8683
*Email*: sotto@ilstu.edu [best way to contact]

*Office hours*:
by arrangement

### II.     Description and Prerequisites

*Catalogue course description:* Provides for advanced study of research design and data analysis.
*Prerequisites:* EAF 415 and 515.

This course centers on advanced techniques in qualitative data analysis, in particular identifying a manuscript topic and taking analysis through the writing phases. Students will learn to identify and choose a theoretical frame used to analyze data within a broader social context. In order to facilitate understanding of advanced processes of data analysis and to give students the experience of working on a research project team, students will draw their analysis from a single data set provided by the instructor. Teams will identify and analyze themes and pair their themes with an appropriate theoretical frame, writing in tandem with their instructor and in consultation with their classmates. Through this process students will be exposed to multiple, sometimes divergent interpretations of the same data set. This course will provide students with practical insight into not only the dissertation writing process, but also the processes of writing and submitting research for publication. To this end, the course will assume the characteristics of a working research project driven by students complete with team meetings, collaborative analysis, and co-authored products.

### III.   Social Foundations

Social Foundations of Education is the interdisciplinary study of schooling and other forms of education. Ever since it began (during the 1930s at Teachers College, Columbia University), Social Foundations has brought together scholars who situate education in historical, philosophical, anthropological, economic, and social contexts. Asking perennial questions—*What is the purpose of schooling in a democracy? What knowledge and values should be taught and to whose benefit? How do issues of race, ethnicity, social class, gender and disability play out in schools?*—Social Foundations researchers critically analyze past and current educational theory and practice, looking at how US society conceptualizes and constructs education, in order to create new visions and practices. Drawing from the disciplines of history, philosophy, sociology, and anthropology, among others, courses in the Social Foundations program area ask that educators reflect critically on the social and cultural dynamics in educational settings and how we might improve our practices. Social Foundations situates the examination of and advocacy for equity issues in education at the core of the discipline.

ISU-Expert 001229

**Page 2** / EAF 521

## IV.   Course Overview

This course is one of a sequence of courses designed to help students become proficient in qualitative research techniques and data analysis. My goal for you is to leave this course with the practical experience of taking data analysis through the manuscript phase. The specific goals for this course are the following:

- To develop skills and proficiency in advanced qualitative data analysis, including: immersion in a data set, organizing data, identifying themes, grounding those themes in extant research, choosing themes and building an argument, creating meaning from the data, identifying and utilizing a theoretical frame for analysis, and co-authoring that argument into a manuscript-quality product.
- To understand, through practical illustration, divergent interpretations of the same data set.
- To become proficient in identifying next steps for data collection based upon analysis of current data trends.
- To understand different approaches to qualitative research and the epistemological and ontological assumptions associated with these approaches.
- To develop practices to support dissertation research and subsequent publication.

## V.    Knowledge Base/Link to Educational Theory

Qualitative research refers to particular methods in which the researcher is the research instrument. There are numerous qualitative methods, and furthermore, there is great diversity in associated methodologies and theoretical perspectives. Some people describe this diversity in terms of "traditions." I structure my field techniques course (EAF 415) around a text by Michael Patton that is comprehensive in its treatment of different research traditions and detailed in its explanation of qualitative methods as well as a highly-regarded text on field notes by Emerson, Fretz, and Shaw. If you did not have me as an instructor in 415 and 515, you might want to locate a copy of these books for methodological reference.

My methodological tendency is toward ethnography, particularly as practiced by anthropologists and cultural theorists, so I tend to look for cultural explanations of groups and settings. While the focus in this course may tend toward basic interpretivist methods, these methods are applicable to nearly all forms of qualitative research.

## VI.   Mode/Style of Instruction

This course will assume the characteristics of a workshop. We will devote much of our time to helping each other develop our analysis of and theoretical frame for our manuscripts. The readings for the course are largely theoretical texts, chosen concepts of which will be utilized as frames for the argument each team builds into the final product for the course. Not surprisingly, the readings are dense, so I *strongly recommend that students take notes as* they read and organize their thoughts and questions about the readings before class. All class members will become familiar with all the theoretical frames being used to facilitate thoughtful, meaningful feedback is given on other teams' manuscripts.

There is only one assignment for the course, but it will be broken down into components across the semester so that students may see the role and import of each piece. In my experience, this formulaic approach to manuscript production keeps the entire project from becoming overwhelming. Students will complete a number of components with their team member outside of class that will comprise a large part of their learning experience.

During most class sessions, students will have the opportunity to solicit feedback from other teams. In these teams, students share their progress and get advice for moving ahead. The course will proceed with this combination of methods not only because I believe that students learn more through active engagement, but also because my intention is for students to be able to use this course in their subsequent professional practice and scholarship. Put simply, in qualitative inquiry, one learns by *doing*. It is my hope that students will use the material from this course to form interesting and relevant research questions and conduct research that is thoughtful, rigorous, meaningful, and ethically sound.

ISU-Expert 001230

**Learning Community Manifesto**

What follows is a declaration for our community of learners that I expect us to consider, respect, and abide by.

- Students are not customers. Teachers are not employees.

- Students and teachers have obligations to each other.

- Here is what I expect from students: You will treat everyone in the class, including the professor, with the respect due to all human beings. You will attend every class, give your full attention to the material, and conduct yourself in an appropriate manner. You will agree to do the work outlined in the syllabus on time. You will acknowledge that previous academic preparation (e.g., writing skills) will affect your performance in this course. You will acknowledge that your perception of effort, by itself, is not enough to justify a distinguished grade. You will not plagiarize or otherwise steal the work of others. You will not make excuses for your failure to do what you ought. You will accept the consequences of your actions.

- Here is what students can expect from me: I will treat you with the respect due to all human beings. I will know your name and treat you as an individual. I will not discriminate against you on the basis of your identity or your well-informed viewpoints. I will manage the class in a professional manner; that may include educating you in appropriate behavior. I will prepare carefully for every class. I will begin and end class on time. I will teach only in areas of my professional expertise. If I do not know something, I will say so. I will conduct scholarly research and publication with the aim of making myself a more informed teacher. I will return your assignments quickly with detailed feedback. I will pursue the maximum punishment for plagiarism, cheating, and other violations of academic integrity. I will keep careful records of your attendance, performance, and progress. I will investigate every excuse for nonattendance of classes and non-completion of assignments. I will make myself available to you for advising. I will maintain confidentiality concerning your performance. I will provide you with professional support and write recommendations for you if appropriate. I will be honest with you. Your grade will reflect the quality of your work and nothing else. I am interested in your feedback about the class, but I am more interested in what you learned than how you feel.

This manifesto was authored by Thomas H. Benton and appeared in the June 9, 2006 edition of *The Chronicle of Higher Education* (vol. 51, issue 40).

## VII.  Illinois State University and Academic Integrity

Illinois State University and this instructor value academic integrity very highly. *Students are expected to be honest in all academic work. Illinois State University considers it to be a serious issue if a student has not submitted solely his/her own work, not given credit thoroughly to sources, or completed a test or assignment using unauthorized materials/assistance. A student's placement of his/her name on any academic exercise shall be considered as assurance that the work is the result of the student's own thought and study.* Any violation of this policy will be referred to the governing board for such violations, Community Rights & Responsibilities (CR&R). Note that items published to the internet/interweb are NOT in the public domain, nor are they copyright free. You must appropriately acknowledge all sources used and must use quotation marks when verbatim quoting any and all sources.

The work submitted for this course must be the product of students' *own original* and *current* efforts. When incorporating the works, words, or ideas of another, cite them accordingly. If students have any question about appropriate methods of citation, consult the APA style manual or ask the instructor. The instructor will handle each case as it occurs. Students will receive anywhere from a zero on the assignment to an F in the course. The penalty is up to the instructor's discretion.

## VIII. Course Policies

Meaningful engagement is essential to the success of this course. Students are expected to interpret the readings, connect them to their previous knowledge and experience, and use them to develop qualitative research skills. Class participation is part of your course grade. For most students, qualitative inquiry is new and challenging, and many class sessions will take unique form, depending on the composition of the class and students' needs. As explained above, class attendance is very important, and so students should make every opportunity to attend class on time and for the full duration. Class will start on time each class session. Email your instructor if you will miss class for any

**Page 4 / EAF 521**

reason (this is requested only as a courtesy so your instructor will know whether to expect you; you don't need to ask permission to miss class). Excessive absences, by which I mean more than one absence per semester, will be reflected in a loss of the percentage of your grade reserved for class participation, potentially resulting in a grade of zero for class participation, and three or more absences will completely compromise your ability to pass the course. Excessive lateness will be considered an absence.

## VIII. Description of Assignments and Related Expectations:

The final assignment is the only written product for the course and so comprises the large majority of one's final grade for the course. During the semester, we will work as a group to break it down into component parts with intermediate due dates. Your team may be required to give a short (12–15 minute) presentation of the final assignment. Class/team participation also weighs heavily into your final grade.

**Timelines.** In order for your classmates to give feedback on the progress of your analysis project, it will be vital (and your responsibility) for your team to get material to the rest of the class (myself included) in a timely fashion so that classmates can read your work before classtime in order to be ready with questions, comments, and suggestions. This is a key aspect of the workshop experience and failure to accommodate your peers will throw off the work of the whole class (and may be reflected in yours and your team members' final grade).

## IX.    University Policies

Several university policies are pertinent to this course. First of all, as instructor I am committed to non-discriminatory pedagogy. This includes fostering an environment that is as safe and inclusive as possible. It is my intent to confront and correct as best as possible any actions on the part of the instructor that fall short of these commitments. If everyone in the class is likewise committed, the work should be more easily facilitated. This course follow the ISU policy on diversity and affirmative action, which reads:

*The Illinois State University Office for Diversity and Affirmative Action (ODAA) is committed to promoting a working and learning environment free of discrimination on the basis of race, color, national origin, religion, gender, sexual orientation, age, disability, or veteran status. To this end, the ODAA is responsible for ensuring the University's compliance with all applicable federal and state nondiscrimination requirements and serves as the institution's official liaison with governmental civil rights enforcement agencies. The Director reports directly to the University President and is responsible for the development and execution of the University's Affirmative Action Program and Plan. In addition, the Office provides leadership and support toward developing a comprehensive and institution-wide approach to achieving and sustaining a diverse and pluralistic community of students, faculty, and staff.*

*The ODAA is located on campus in 208A Hovey Hall. For additional information concerning the University's equal opportunity policy, please call (309) 438-3383. Illinois State University assigns a high priority to the implementation of its equal opportunity policy and to maintaining an inclusive environment. The realization of this priority requires the cooperation of all members of the University community.*

I am also committed to making the class physically accessible to anyone wishing to participate. Any student needing to arrange a reasonable accommodation for a documented disability should contact Disability Concerns at 350 Fell Hall, 438-5853 (voice), 438-8620 (TTY). This course follows the university policies of drop/add and pass/fail option. Additionally, this course follows and expects compliance with University standards of academic honesty as stated above in the current university statement on academic integrity.

**Tuition refund policy.**

100% refund through September 2, 2014. [For withdrawal from course, *not* withdrawal from university.]
75% tuition and 100% fees refunded between September 3 and September 16, 2014.
0% refund after September 16, 2014.
No refund of tuition and fees will be considered after September 16, 2014 for non-attendance of class. After the tenth day of the semester or before the eighth week of the semester, if you drop the course, then you will receive a grade of "WX." See the ISU Office of the Registrar's website for information and complete instructions on procedure: http://registrar.illinoisstate.edu/registration/withdrawal/
See the ISU Comptroller's site for information on Student Accounts related to withdrawals: http://studentaccounts.illinoisstate.edu/withdrawal/fall.shtml

ISU-Expert 001232

**NOTE: University course drop and withdrawal policy**
You are responsible for initiating and completing drop and withdrawal procedures. Effective Summer 2008, during the "No Grade Assigned" period, a student may drop a course through the iCampus portal. Please see university drop and withdrawal dates and instructions at:
http://registrar.illinoisstate.edu/registration/withdrawal/

X.     **Specific Expectations About Writing**

**APA format.** Most educational research is written in APA format. I expect you to adhere **precisely** to the reference format and the writing guidelines of the sixth-edition APA Publication Manual. Failure to do so will result in a grade reduction on assignments. It is required that you obtain the sixth edition of the *Publication Manual of the American Psychological Association* and begin to become familiar with it if you have not done so already.

**Every Word Counts.** This course depends, in large part, on writing skills. It is vitally important that graduate students write clearly and competently. If your writing skills are not particularly great at this point in your graduate career, now is the time to improve upon them and not when you are at the point of writing a dissertation. To this end, below are some examples of things about writing and language that will draw unfavorable attention to your papers for my course. Since you have been apprised of them, they are mistakes you should not make. As always, when in doubt, consult the dictionary for spelling and meaning questions, the *APA Manual* for research paper and manuscript preparation style issues, and a comprehensive English usage handbook such as the *Harbrace College Handbook* for grammar and usage questions.

1.  Apostrophes are used in very specific grammatical ways and ONLY in those ways. They denote possessive nouns, plural possessive nouns, and substitute for letters or numerals in a contraction (it's = it is; '60s NOT 60's; GREs, NOT GRE's). Do not use them in any other way. When in doubt, look it up in a reliable grammar source (the *APA Manual* is not a great resource for this sort of stuff; I prefer the reliable and very user-friendly *Harbrace College Handbook*).
2.  **One thing impacting another is a train wreck. Use *impact* as a verb only to imply physical impact, not when something has an impact (an effect) on another. If you do not know the difference between a noun and a verb (no judgment), please google it; this is a learning opportunity. Verboten usage extends to and includes such uses as "impactful."**
3.  You may use *I,* but avoid *we, us,* and *you.* By speaking only for yourself, you avoid gross generalizations, avoid ostracizing your reader who may not hold your opinion, and don't make the mistake of positioning your opinion as that of any group, especially that of the entire human race.
4.  When writing he or she should avoid *sexist language.*

XI.   **Assessment and Evaluation**

Letter grades, including plusses and minuses will be assigned for class participation and papers. As plusses and minuses are not a part of the ISU grading system, final course grades will be precisely calculated and final letter grades of A, B, C, and so forth will be assigned for the course. Grade percentages are as follows:

|  |  |
| --- | --- |
| Final assignment: co-authored, draft manuscript | 60% |
| Class participation, attendance | 40% |

**You must complete all assignments in order to pass this course.** Not turning in each and every assignment will result in a grade of F for the course.

The scale for this course:

| | | | |
| --- | --- | --- | --- |
| A+ | 13 | C | 6 |
| A | 12 | C– | 5 |
| A– | 11 | D+ | 4 |
| B+ | 10 | D | 3 |
| B | 9 | D– | 2 |
| B– | 8 | F+ | 1 |
| C+ | 7 | F | 0 |

ISU-Expert 001233

**Page 6 / EAF 521**

I analyze and grade written work based upon the writers fulfilling stated requirements as outlined in detail within the syllabus and upon his/her understanding and application of theory; his/her insight and originality; the clarity, cohesiveness, and cogency of his/her argument; the paper's logical organization and formatting, and his/her use of correct grammar and spelling. Assignment requirements are outlined in detail within the syllabus. Letter grades have the following meaning for this course:

An "A" signifies work that **clearly exceeds expectations**. Written work falling into this category will demonstrate clarity of purpose, organization, and communication. It will also demonstrate original interpretation of course material. "A"-level participation need not mean a large quantity of participation but denotes the student who prepares for class and consistently indicates having thought about the material.

A "B" signifies work that meets expectations, meaning that all aspects of the assignment are completed, but it lacks some aspects of "A" work, particularly written work that demonstrates less significant insight into the material or frequent grammatical errors. A "B" for participation signifies inconsistent preparation for class.

A "C" for written work denotes poorly constructed, unsupported, or inconsistent argument as well as omission of one or more parts of the assignment, or work with multiple spelling and grammatical errors; a "C" for participation signifies a student who regularly misses class or is otherwise unprepared on multiple occasions.

An "F" will be assigned for any work that breaches University standards of academic integrity and honesty. Depending upon the severity of the violation, the instructor reserves the right to assign a grade of "F" for the course. If you are unfamiliar with what constitutes plagiarism or academic dishonesty, you would be wise to familiarize yourself with the guidelines in the fifth edition of the *Publication Manual of the American Psychological Association*

According to university policy, a request for an incomplete for the course, or a grade of "I," will only be given if the student has *both* satisfactorily completed the majority of the work for the course *and* has been **unavoidably** prevented from completing the remaining work for the course. According to university policy, poor performance in class is not an extenuating circumstance. Incompletes must be satisfied no later than one calendar year after they are awarded. Incompletes not satisfied in that time frame will be changed to a grade of "F" without exception.

## XII.  Course Texts

**Required texts.** Others will be added depending on where our writing and thinking takes us on this journey.

Askew, R. (2001). *Fire in beulah*. New York: Penguin.

Booth, W. C., Colomb, G. G., & Williams, J. M. (2008). *The craft of research* (3rd ed.). Chicago: University of Chicago Press.

Derrida, J. (1985). Racism's last word (P. Kamuf, Trans.). *Critical Inquiry, 12*: 290–299.

Fanon, F. (2004/1961). *The wretched of the earth* (R. Philcox, Trans.). New York: Grove Press.

Paperson, L. (2010). The postcolonial ghetto: Seeing her shape and his hand. *Berkeley Review of Education, 1*(1): 5–34.

Woollen, S., & Otto, S. (2014). Intended consequences: Challenging white teachers' habitus and its influence in urban schools implementing an arts-based educational reform. *The Urban Review: Issues & Ideas in Public Education, 46*(1): 86–111.

**EAF 512 Research Methodology and Statistics in Education IV:**
**Educational Policy Analysis and Basic Legal Research**
**Spring 2014          SFHB 148          Wednesday 5:30 – 8:20**

Elizabeth T. Lugg, J.D., Ph.D.
Office:  339 DeGarmo Hall
          Campus Box 5900
Phone:  309-438-8989 (o); 309-451-9095 (h)
Fax:      309-438-8683
e-mail:  etlugg@ilstu.edu

## COURSE OUTLINE

**January 22**   What is policy?
Review of the history of education policy (1600 to present)
- Pre K – 12
- Higher Education
Choosing a topic to analyze

**January 29**   What is policy analysis?
Review of other methodologies and relationship to policy analysis
- Quantitative
- Qualitative
- Document analysis
- Legislative history

**February 5**   Assembling the evidence

**February 12**   Don't reinvent the wheel; what has worked elsewhere?

**February 19**   Possible solutions or suggestions available to public bodies

**February 26**   Review example policy studies

**March 5**   Sharing ideas/outlines

**March 19**   What is legal research?
Internet and Computer Research

**March 26**   Legal research Sources
Primary sources
          Constitutions, Statutes, Administrative Law, Court Rules
          Case Law

**April 2**   Legal research Sources
Secondary sources
          Encyclopedias, Treatises, American Law Reports, Digests, *Shepard's*,
          periodicals, Restatements, Uniform Laws, Dictionaries, Legislative History

**April 9**   Legal research sources (overflow day)

ISU-Expert 001235

| **April 16** | Research Process |
| **April 23** | Research process |
| **April 30** | Student presentations |

## Assignments

The purpose of this course to acquaint the student with the basic methodology of policy analysis and legal research and to illustrate how such research methodologies could be used in dissertation research.  To that end, there are two (2) assignments for this class.

Assignment One: Practice Policy Analysis

The first half of this course (up to Spring Break) will be focused on the methodology of policy analysis.  On the first day of class everyone will decide upon a policy issue upon which they will focus for this semester.  For those individuals who have already decided on a policy issue as the topic for their dissertation (or as a portion of their dissertation) I would suggest that you use that topic as your focus.  As we go through the various facets of policy analysis, it is the expectation that each student will apply the new ideas/skills learned in class to "flesh out" the methodology of the issue which they are pursuing.  It is not the expectation that any student will actually do the research during one semester.  The goal is that, by the end of the semester, each student will have a "game plan" or an outline of how they would attack a policy analysis on their chosen issue.

Assignment Two: Practice Legal Research

The second half of this course will focus on legal research.  Again, everyone will decide upon a legal issue upon which they will focus for this semester.  This legal issue must be a subcomponent of the policy issue which the student chose at the beginning of the semester.  Then, focusing on their chosen legal issue, the student will practice using different aspects of legal research to complete a basic legal research paper.  The legal research will be done on-line using the two legal data bases – Lexus/Nexus and WestLaw – which are available through Milner.  The reason for this is twofold: (1) it is the most current and easiest method for doing basic legal research; and (2) Milner has sent to storage most of the hard copies of its reporter series so actual library research has become nearly impossible – because everyone tends to use the databases.  The last day of the semester will be used for students to share in a brief 5 minute summary, the information revealed by their legal research.  NOTE:  If you know that you are not going to be in attendance on the last day of the semester, please let me know so that we can make alternate arrangements.

Further detail will be provided as needed on both assignments during class.  Also, as always, students should always feel free to contact me via phone or e-mail to ask questions or set up an appointment to discuss the class.

ISU-Expert 001236

**EAF 512 Advanced Topics in Research Methodology**
**Educational Policy Analysis**

**Fall 2018**
**Wednesdays from 7:00-9:50 p.m.**
**331 Conference Room, DeGarmo Hall**

<u>Instructors</u>

Dr. Erika Hunt
320 DeGarmo Hall
Illinois State University
Normal, IL 61790
309/438-2725; elhunt@ilstu.edu
Office hours for class: By appointment

Dr. Lisa Hood
320 DeGarmo Hall
Illinois State University
Normal, IL 61790
309/438-3035; lhood@ilstu.edu
Office hours for class: By appointment

<u>Required book</u>

- Sykes, G., Schneider, B., & Plank, D. N. (Eds.). (2012). *Handbook of education policy research*. Routledge.
- Creswell, J. W. (2017). *Research design: qualitative, quantitative, and mixed methods approaches.* 5th ed. Thousand Oaks, California: SAGE Publications.
- Illinois School News Service (ISNS). We have been granted by Jim Broadway of ISNS to share issues to our class for the semester. The issues will be shared by e-mail and we require regular reading of each issue as a supplement to our class discussion. Past issues can be found at: http://stateschoolnews.com/isns/implosion.htm
- Fritzwire Daily Newsletter: http://www.publicprivateaction.com/fritzwire We also recommend that you subscribe to a free daily education newsletter that provides timely information on education policy issues, especially those happening at the federal level.

**Course Objective:** To introduce students to theories in which to understand the policy development and implementation processes in order to be able to analyze the effects of policy on their work as education leaders in higher education or P-12 organizations. Students will learn and apply methods of policy analysis and communicate their results and recommendations to policy stakeholders.

**<u>Course outcomes:</u>**

1. Understand policy foundations, including the processes of policy evolution, including defining education policy (at the national, state, and local levels), setting policy agendas, describing the characteristics of policy environments, and understanding the roles and effects of values and ideology on policy development.
2. Understand policy implementation, including translating policies to practice and the implications for policy stakeholders, identifying and describing practices that mediate policy implementation (or obstruct policy implementation).
3. Describe and apply methods of policy analysis –both from methological and discipline
4. Understand how to navigate the policy environment as an organizational leader by applying methods of policy development and analysis to revise existing or develop new policies to address education problems and lead change/reforms to the system, including local implementation of national and state reforms.

Illinois State University's EAF Department is a member of the Carnegie Project on the Education Doctorate (CPED), designed to prepare 'scholarly practitioners' through the EdD. More information on CPED can be found at: http://www.cpedinitiative.org/page/AboutUs

ISU-Expert 001237

## CLASS SCHEDULE

**August 22**    **Introduction to the Class**
- Syllabus review and course expectations
- Introduction to IRB process at Illinois State University
- Introduction to Policy and Policy Analysis

Self Assessments

What is your values orientation?

Exercise: *Values Orientation Self-Assessment Worksheet* from Alexander, N. A. (2013). Policy analysis for educational leaders: a step-by-step approach. Pearson Higher Education.

What is your philosophical stance?

Exercise: *Key Philosophies and Their Role in Education Policy* from Alexander, N. A. (2013). Policy analysis for educational leaders: a step-by-step approach. Pearson Higher Education.

> **\*\*Policy question:** As an education leader, what has been your experience with public policy? Explain.

**August 29**    **Understanding Policy Making In Order to Conduct Policy Analysis**
- Understand and describe theories of policy evolution with a focus on policy development and adoption
- Describe the role of policy analysis in the policy making and adoption processes

**Readings**

*Research in the Policy Process.* In Handbook on Education Policy Research (pp. 372-397)

**Issue Definition**
- Downs, A. (1972). The issue–attention cycle. *The public interest*, *28*, 38-50.

**Agenda Setting**
- Cohen, M. D., March, J. G., & Olsen, J. P. (1972). A garbage can model of organizational choice. *Administrative science quarterly*, 1-25.

**Policy Formulation and Adoption**
- Schneider, A., & Ingram, H. (1990). Behavioral assumptions of policy tools. *The Journal of Politics*, *52*(02), 510-529.
- Sabatier, P. A. (1998). The advocacy coalition framework: revisions and relevance for Europe. *Journal of European public policy*, *5*(1), 98-130.
- Mintrom, M., & Vergari, S. (1998). Policy networks and innovation diffusion: The case of state education reforms. *The Journal of Politics, 60*(1), 126-148. Retrieved from http://www.jstor.org/stable/2648004

Other Resources (Not required reading)
- Kingdon, J. W., & Thurber, J. A. (1984). *Agendas, alternatives, and public policies* (Vol. 45). Boston: Little, Brown.
- Stone, D. A. (1997). *Policy paradox: The art of political decision making* (p. 138). New York: WW Norton.

**In Class Case Study – Illinois New P-12 Principal Endorsement:**

Listen and Discuss A Bold Move to Prepare Principals:

http://www.wallacefoundation.org/knowledge-center/Pages/Series-Shows-How-Illinois-Successfully-Revamped-Requirements-for-Principal-Preparation.aspx

> **\*\*Policy question:** To what level do you feel that these policy theories and approaches apply to how education policy is made today? Explain.

**\*Optional Event: NPR Forum–Topic: Higher Education; September 4th from 6-7:30 p.m. at Normal Theater\***

ISU-Expert 001238

**September 5**   **Understanding Policy Implementation**
- Describe the process of translating policies to practice (laws vs rules) and implications on organizations
- Identify and describe practices that mediate success or failure of policies

**Readings**
- *The Role of Law in Educational Policy Formation, Implementation, and Research.* In Handbook on Education Policy Research (pp. 286-295)
- *What Works in Defining "What Works" in Educational Improvement: Lessons from Education Policy Implementation Research, Directors for Future Research.* In Handbook on Education Policy Research (pp. 333-347)
- *Conceptualizing Policy Implementation: Large-Scale Reform in an Era of Complexity.* In Handbook on Education Policy Research (pp. 348-361)
- *Notes on Reframing the Role of Organizations in Policy Implementation: Resources for Practice, in Practice.* In Handbook on Education Policy Research (pp. 409-425)
- Sabatier, P., & Mazmanian, D. (1980). The implementation of public policy: A framework of analysis. *Policy studies journal*, *8*(4), 538-560.
- Weatherley, R. & Lipsky, M. (1977). Street-level bureaucrats and institutional innovation: Implementing special-education reform. *Harvard educational review*, *47*(2), 171-197.)
- Elmore, R. F. (1979). Backward mapping: Implementation research and policy decisions. *Political science quarterly*, 601-616.
- Weick, K. E. (1976). Educational organizations as loosely coupled systems. *Administrative science quarterly*, 1-19.

Other Resources (Not required reading)
- Rogers, E. M. (2010). *Diffusion of innovations*. Simon and Schuster.

**In Class Case Study – PERA and SB 7: Teacher Evaluation**
Structured activity around *Illinois: The New Leader in Education Reform?*
http://www.issuelab.org/resources/12324/12324.pdf

> **\*\*Policy question:** Describe a policy that you have been involved with that has failed in implementation. What attributed to the failure?

**September 12**   **Values, Beliefs, and Ideologies and Public Policy**
- Understand how different ideologies and beliefs influence policy development and implementation
- Understand the nature of critical theories for examining public policy through cultural and race-based perspectives

**Readings**
- *Culture and Education Policy: Analyzing Values in State Policy Systems.* In Educational Evaluation and Policy Analysis  (pp. 271-284)
- *Race(ing), Class(ing), and Gender(ing) Our Work: Critical Race Theory, Critical Race Feminism, Epistemology, and New Directions in Educational Policy Research.* In Handbook on Education Policy Research (pp. 258-266)
- *Looking Forward: Toward a New Role in Promoting Educational Equity for Students with Disabilities From Low-Income Backgrounds.* In Handbook on Education Policy Research (pp. 831-841)
- *Social Stratification and Educational Opportunity.* In Handbook on Education Policy Research (pp. 889-900)

**In Class Reading & Discussion:**
Listen to Prologue of *The Problem We All Live With* in This American Life:
*https://www.thisamericanlife.org/radio-archives/episode/562/the-problem-we-all-live-with?act=0#play*

3

ISU-Expert 001239

> **\*\*Policy question:** What value(s) do you feel are most prevalent in today's political environment with guiding policy decisions? Explain.

**September 19  Launching the Policy Research Process**
- Define and apply the first phases of the policy analysis process: identifying policy problems
- Conduct a scan scan of national and state policies and identify a policy problem and solution

**Readings**
- *Chapters 1: The Selection of a Research Approach*  In Research Design (pp. 3-21).
- Scan national policy web sites to preview policy topics
  - Education Commission of the States ([www.ecs.org](www.ecs.org))
  - National professional organizations (e.g., AMTE; [https://amte.net/](https://amte.net/))
  - State organizations (e.g., IASA Governmental Relations; [https://www.iasaedu.org/](https://www.iasaedu.org/))
  - State or federal agencies (ISBE or US Dept. of Ed)
- ➢ **Assignment #1 (due next week):** Proposal for a policy analysis topic

**September 26  Understanding Social Science Disciplines in Policy Research**
- Learn about the contributions of various research disciplines (e.g., social science, political science, economics) on the applied policy analysis process

**Readings**
- Using Science as Evidence in Public Policy, National Research Council of the National Academies Can be downloaded for free at: [http://www.nap.edu/catalog/13460/using-science-as-evidence-in-public-policy](http://www.nap.edu/catalog/13460/using-science-as-evidence-in-public-policy)
- *Historians and Educational Policy Research in the United States* In  Handbook of Education Policy Research (pp. 17-26).
- *Policy Research in Education: The Economic View.* In Handbook on Education Policy Research (pp. 27-38)
- *The Economic Value of Education and Cognitive Skills.* In Handbook on Education Policy Research (pp. 39-56)
- *A Political Science Perspective on Education Policy Analysis.* In Handbook on Education Policy Research (pp. 57-70)
- *Perspectives from the Disciplines: Sociological Contributions to Education Policy Research and Debates* In Handbook on Education Policy Research (pp. 71-82).

**Guest Presenter:**
Brad White, Former Director, Illinois Education Research Council (IERC)
- ➢ **Assignment #1 Due:** Proposal for a policy analysis topic
- ➢ **Assignment #2 (due next week):** Research the Origin of Your Topic

> **\*\*Policy question:** What disciplinary approach do you feel is most helpful to conducting policy research for the field of education? Explain.

**October 3     Synthesizing Existing Evidence**
- Learn and apply the skills of searching for and identifying sources of knowledge about a policy problem
- Learn and apply criteria for assessing the quality of evidence/sources of knowledge
- Synthesize the evidence related to a policy program to create a model of how or why a policy solution is intended to be effective

**Readings**
- *Chapter 2: Review of the Literature* In Research Design (pp. 23-44)
- Handout: Five Simple Steps to Reading Policy Research Downloadable at: [http://nepc.colorado.edu/files/publications/HOW%20TO%20READ%20RESEARCH%20revised.pdf](http://nepc.colorado.edu/files/publications/HOW%20TO%20READ%20RESEARCH%20revised.pdf)

ISU-Expert 001240

**In Class Reading & Discussion:**
Listen to Act 1 (Homer, Alaska) in This American Life:
https://www.thisamericanlife.org/radio-archives/episode/621/fear-and-loathing-in-homer-and-rockville?act=1#play

➢ **Assignment #2 Due:** Research the Origin of Your Topic

➢ **Assignment #3 (due next week):** Conduct a literature review of your topic, covering all of the existing evidence

> **\*\*Policy question:** Where do you go to collect data and information regarding policies that impact your work? Do you feel like the information is accurate and unbiased? Explain.

**October 10**   **Applying Perspective or Theoretical Frameworks**

- Understand how theoretical frameworks are used in policy analysis to frame the perspectives of problem identification, sources of evidence and data collection methods, and policy recommendations

  **Readings**

- *Chapter 3: The Use of Theory* in Research Design (pp. 49-71)
- Case Study Examples TBD

  **In Class Reading & Discussion:**

- Review and discussion on selected policy case studies

➢ **Assignment #3 Due:** Conduct a literature review of your topic, covering all of the existing evidence

➢ **Assignment #4 (due next week):** Describe the perspective or theoretical framework you will use for your policy analysis.

> **\*\*Policy question:** Do you know of a theory that you feel best suits the way that you approach education decisions in your school/district? If so, explain. If not, how would you characterize your thinking and decision-making processes?

**October 17**   **Collecting New Evidence**

- Understand how to develop meaningful and measurable policy questions and indicators and use these questions and indicators to drive the data collection process (e.g., sample frame, data sources, study design)

  **Readings**

- *The Use of Randomized Trials to Inform Educational Policy* In  Handbook of Education Policy Research (pp. 129-138).
- *Complementary Methods for Policy Research* In Handbook of Education Policy Research (pp. 163-175).
- Part II. Designing Research In Research Design
  - Chapter 5, 6 & 7 In Research Design (pp. 99-146) (everyone reads)
  - Chapters 8, 9 & 10: Quantitative, Qualitative, Mixed Methods (pp. 147-244) (divided up among three groups – one group each reads a chapter)

  **In Class Case Study**

  Using data to design legislation: Illinois' New Principal Mentoring Legislation (Public Act 094-1039)

➢ **Assignment #4 Due:** Describe the perspective or theoretical framework you will use for your policy analysis.

➢ **Assignment #5 (due next week):** Describe the methods and modes of inquiry you will use for your analysis, and the data sources you will use for evidence to support your analysis

> **\*\*Policy question:** What types of evidence and data sources are  most compelling for you when making education decisions in your school/district? Is there a time when a particular piece of research helped your decision-making about potential solutions to a

ISU-Expert 001241

problem that your school/district was struggling with? Explain the problem, the research, and the solution.

**October 24**  **Presenting the Findings of the Data Analysis in a Policy Analysis Report/Brief**
- Understand the ethics and principles of data analysis (e.g., transparency) for reporting findings
- Reflect on the objectivity/subjectivity debate in policy analysis
- Learn about various methods for presenting analyses that help communicate the findings to stakeholders

  <u>In Class Discussion:</u>
  Identify an exemplary policy brief/report and come to class prepared to discuss it.
- ➢ **Assignment #5 Due:** Describe the methods and modes of inquiry you will use for your analysis, and the data sources you will use for evidence to support your analysis

  **\*\*Policy question:** What types of communication styles, formats, or sources are the most useful and compelling in helping you make education decisions?

**October 31**  **NO CLASS – Webinar on Making Policy Recommendations Grounded in the Policy Analysis Findings**
- Understand the decision-making process in designing recommendations that balance the needs of solving the policy problem with the practical considerations of stakeholders
- Learn why and how to consider all potential policy solutions and the intended and unintended consequences of potential policy recommendations

  <u>Case Study</u>
  Grade Span Configuration Related to Educator Endorsements in Illinois
- ➢ **Assignment #6 (due next week):** Describe your recommendations, including possible solutions for problems/challenges encountered and anticipated outcomes

  **\*\*Policy question:** As an educational leader, how do you evaluate the validity and credibility of recommendations from policy analyses? Are some sources (i.e., people and/or media types) more credible or compelling than others? Are some types of evidence more credible or compelling than others?

**November 7**  **Lending Your Voice: How to Communicate with Policymakers**
- Understand and apply communication strategies to disseminate your policy analysis and recommendations to relevant stakeholders

  <u>Readings</u>
- *Commentary: An Applied Perspective on Research, Method, and Policy* In  Handbook of Education Policy Research (pp. 212-218).
- *Communications Resources for Researchers* American Education Research Association at http://www.aera.net/Newsroom/Communication-Resources-for-Researchers
- *Data Visualization and Reporting,* American Evaluation Association at http://comm.eval.org/datavisualizationandreporting/home
- *Communicating and Using Research Findings*, William T Grant Foundation at http://rpp.wtgrantfoundation.org/communicating-and-using-research-findings
- Case Examples TBD

  Guest Speaker: Jim Broadway, State School News Service (TENTATIVE)
  <u>In Class Reading & Discussion:</u>
  Review and discussion on selected policy case studies
- ➢ **Assignment #6 Due:** Describe your recommendations, including possible solutions for problems/challenges encountered and anticipated outcomes

  **\*\*Policy question:** As an education leader, have you communicated your values, beliefs, or ideas about policy to policymakers at the national, state, or local level? If so, what did you find to be or not to be effective in making your message heard? If you have not, how might

ISU-Expert 001242

| you communicate with policymakers given what you've learned in this course? |
|---|

**November 14**  **Understanding How to Navigate National and State Policies As An Organizational Leader**

- Understand how to use the following practical tools and strategies for analyzing and implementing national and state policies:
    1. Crosswalks
    2. Stakeholder analyses
    3. Readiness assessment
    4. Use of opinion leaders
    5. Instrument/Methods of policymaking and analysis:
        - Delphi Surveys
        - Interviews, focus groups
        - Artifact analysis
    6. Asset mapping
    7. Identifying barriers
    8. Identifying champions and short-term wins

**Guest Presenter:**
Lynne Haeffele, Director, Center for the Study of Education Policy (CSEP)

| **\*\*Policy question:** Have you been involved in developing, interpreting, and/or implementing national, state, or local policies in your school/district? What was that experience like? How would you change your way of navigating the policy arena after what you've learned in this course? |
|---|

**November 21**  **NO CLASS THANKSGIVING BREAK**

**November 28**  **Final Class**
- ➢ **Presentations Scheduled for Case Studies**
- ➢ **Policy Case Study Due**

**December 5**    **No Class**
- ➢ **Policy Brief Due**

**\*In place of a policy brief, you may also choose to convert your policy case study into an article for submission to one of the following journals:**
- **Illinois Association for School Board (IASB) Journal** (https://www.iasb.com/journal/guidelines.cfm)
- **Illinois Association for School Administrators (IASA) Leadership Matters** (https://www.iasaedu.org/Page/76)
- **Planning and Policy Studies Journal** (https://education.illinoisstate.edu/planning/manuscript/)

Calendar\*

| August 22 | Introduction to the Class |
|---|---|
| August 29 | Understanding Policy Making In Order to Conduct Policy Analysis |
| September 5 | Understanding Policy Implementation |
| September 12 | Values, Beliefs, and Ideologies and Public Policy |
| September 19 | Launching the Policy Research Process |
| **September 26** | Understanding Social Science Disciplines in Policy Research **Assignment #1 Due: Policy Analysis Proposal** |
| **October 3** | Synthesizing Existing Evidence **Assignment #2 Due: Origin of Your Topic** |
| **October 10** | Applying Perspective or Theoretical Frameworks **Assignment #3 Due: Literature Review** |
| **October 17** | Obtaining New Evidence |

ISU-Expert 001243

| | Assignment #4 Due: Perspective or Theoretical framework |
|---|---|
| **October 24** | Presenting the Findings of the Data Analysis in a Policy Analysis Report/Brief<br>**Assignment #5 Due: Methods and Modes of Inquiry** |
| October 31 | **NO CLASS** – Webinar on Making Policy Recommendations Grounded in the Policy Analysis Findings |
| **November 7** | Lending Your Voice: How to Communicate with Policymakers<br>**Assignment #6 Due: Recommendations and Solutions** |
| November 14 | Understanding How toNavigate National and State Policies As An Organizational Leader |
| November 21 | **NO CLASS THANKSGIVING BREAK** |
| November 28 | **In Class Student Presentations Due**<br>**Policy Paper Due** |
| **December 5** | **NO CLASS but Policy Brief Due** |

*Bolded dates are dates on which assignments are due.

Assignments:

***Short Assignments #1 – 6:*** The main assignment for this class will be a policy case study due on November 29th. Leading up to the completion of the policy case study will be weekly assignments that will begin mid-semester. These weekly assignments will assist with the completion of the final policy analysis, but will not be a compilation into the final product.

- Assignment #1: Submit a proposal for an analysis of an existing policy. This proposal should (a) describe the policy as stated in existing documents (cite the documents and include links to websites if available), (b) completion of a stakeholder analysis on your policy, (c) the "problem" your policy analysis will address, and (d) the objectives or purposes of your policy analysis, including your targeted audience (i.e., targeted policy stakeholders).
- Assignment #2: Research the origin of your policy, including when it was enacted into policy as well as the identification of it prior to being implemented into policy. This paper should describe: (a) the policy origins that include local, state, national (and possibly global) events that provided the impetus for this policy, (b) the social and political context within which the policy is currently operating, (c) if applicable, past policy that was implemented to address the problem, (d) the effectiveness (or ineffectiveness) of past and current policies to address the problem, and (e) if applicable, revisions to past or current policies in response to contexts, events, and past research.
- Assignment #3: Conduct a literature review of your topic, covering all of the existing evidence for your topic. This paper should include (a) a description of the boundaries you are using to search for existing literature on your policy problem and past and current policies, (b) the quality criteria you intend to use to search for existing literature, (c) the databases and other sources you will use during your literature review, (d) a brief review of the literature that you found, and (e) a description of the type of evidence that is needed to further explore the policy under analysis (i.e., the reason for your analysis to fill a demonstrated need in the literature).
- Assignment #4: Describe the perspective or theoretical framework you will use for your policy analysis. This paper should include: (a) a description of the theory, (b) a review of how the theory relates to the policy problem and potential policy solutions, (c) examples of how this theory was used as an analytic frame in other related policy studies, and (d) your rationale for using this theory (i.e., what you hope this theory will illuminate about the policy problem and solution).
- Assignment #5: Describe the methods and modes of inquiry you will use for your analysis, and the data sample and sources you will use for evidence to support your analysis. Provide justification that your methods and data sources match the policy problem under study.
- Assignment #6: Provide your recommendations, including possible solutions for problems/challenges encountered. The recommendations should be appropriate for your intended policy stakeholder group and should be informed by and justified by your theoretical frame and literature review and syntheses.

8

ISU-Expert 001244

*Policy Case Study:* The final paper integrating the information collected through the short paper assignments will be due. This case study should be a refinement of the first six assignments using the feedback provided by the instructors as well as the further learning gleaned through additional readings and discussion in the class. The case study will NOT be a compilation of the six assignments—revisions and refinements are expected. The objective of this assignment is to help students apply methods of policy development and analysis to develop a plan for revising policy or developing new policy to address education problems and lead change/reform. The final case study should be structured similarly to a research paper:

I.      Introduction
          a.  Define the Problem
          b.  Purpose/Objectives of this Policy Analysis
II.     Policy Origin and Evolution
III.    Literature Review
          a.   Existing Policy Analysis and Research on the Problem and Policy
IV.     Theoretical Framework
V.      Methods/Modes of Inquiry
          a.   Methods
          b.   Sample
          c.   Data Sources
VI.     Findings & Recommendations

**Topics selected for case study may be chosen from a list of suggested policies. Student must get professor's permission to select a different policy if not on the recommended list. Potential policies include:**

**Local**
- **Change of school start/end times**
- **Redistricting**
- **Seniority Policies**

**State**
- **SB 1 (School Funding Reform)**
- **PERA (Performance Evaluation Reform Act)**
- **SB 7 (Teacher Performance and Evaluation)**
- **SB 100 (School Discipline)**
- **HB3869 (Implicit Bias Training)**
- **HB5729 (Postsecondary and Workforce Readiness Act)**
- **HB2683 (Illinois Balanced Accountability Measure)**
- **HB 3428 (Mandatory College Credit for Score of 3 or Above on AP)**
- **HB2663 (Bans Explusion from Early Childhood Programs)**
- **P.A. 96-194 - Dual Credit Quality Act**
- **Kindergarten Individual Development Survey (KIDS)**
- **Pre School for All**
- **ExceleRate (Quality Rating and Improvement System for IL preschool programs)**

**Federal**
- **Family Education Rights and Privacy Act (FERPA)**
- **Race to the Top Policy Strategies (e.g., Common Core, PARRC, Charter Schools)**
- **Healthy, Hunger-Free Kids Act of 2010**
- **Perkins Career and Technical Education Improvement Act (e.g., Middle School STEP Act -S. 2788)**
- **School Choice**
- **Head Start Program**
- **Individuals with Disabilities Act**
- **McKinney-Vento Homeless Act of 1987**

ISU-Expert 001245

***Policy Brief and Presentation:*** In addition to the final paper, a policy brief will also be due that is no more than 4 pages long and summarizes in laymen terminology, the analysis of your policy. The last class period will be a presentation on your case study that should be 5  minutes using the organization of the case study to guide your presentation. The policy briefs will be distributed on the Center for the Study of Education Policy website and listserv if you choose to allow their dissemination.

***Class Attendance and Participation:*** Classroom attendance and participation is work 20% of your grade. This class is structured more like a workshop than lecture. Therefore, classroom attendance and participation in discussions with your classmates and instructions are critical in order to maximize your learning. The instructors understand that many of you will be coming from different sectors of education (e.g., P-12 schools, Higher Education, etc.). Therefore, we will use the classroom time to tailor the content of the class to your individual interests and career aspirations. To facilitate a workshop format, you will need to keep up with the readings. Some of the readings may be dense and theoretical, so it will be to your benefit to take notes and bring questions to the class. As part of small group discussions, we will use a jigsaw process in which you may have a leadership role to share a summary of one or more readings with others in your group and facilitate discussions on those readings to share out with the larger group. The assignments will also be shared with your classmates during small group discussions to get their feedback, so completion of the assignments by their due date is mandatory. Your classmates' feedback, in conjunction with the instructors' feedback, will help you revise your individual assignments to complete the final case study.

Grading scale:

| | | |
|---|---|---|
| Assignments #1 – 6……………………………..300 points (50 points each) | 30% of grade |
| Case Study……………………………………250 points | 25% |
| Policy Brief and Presentation…………………...250 points | 25% |
| Attendance and Class Participation……………..200 points | 20% |
| **1000 Points** | **100%** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **1000 – 900** | **A** | **899-800** | **B** | **799 – 700** | **C** | **Below 700 is failing** |

Academic integrity: As a graduate student, you are expected to complete all class writing and reading assigned by the instructor. There will be no tolerance for acts or attempts to cheat, falsify information, or plagiarize. All submitted work including class assignments, projects, in-class or on-line discussions, and any writing assignment should be completed only by you and should always be your best effort. Acts of academic dishonesty may result in disciplinary action and/or failure of the course.

Attendance policy. Attendance at all class sessions is mandatory. There are only excused absences in the event of a medical, work, or other situation that cannot be avoided due to external obligations. Assigned work will not be accepted past the due date. Should you need to be absent from class, you should notify the instructors BEFORE class and turn in assignments that are due that day (most assignments will be turned in electronically via email or upload to ReggieNet. If there is an extreme circumstance such as an extensive illness that does not allow a student to turn the assigned work by the due date, students must contact the instructors as quickly as possible to explain the circumstance and get permission from the instructors to turn in the work at a date agreed upon by the student and the instructors. Class participation and the processing of experiences are critical components to the learning that will take place in this course and attendance is required.

Students with disabilities: Any student needing to arrange a reasonable accommodation for a documented disability should contact Disability Concerns at 350 Fell Hall, 438-5853 (voice), 438-8620 (TDD).

Students needing assistance: Life in graduate school can get very complicated. Students sometimes feel overwhelmed, experience anxiety or depression, and struggle with relationships or family responsibilities. Student Counseling Services (SCS) helps students cope with difficult emotions and life stressors. The office is staffed by experienced, professional psychologists and counselors, who are attuned to the diverse needs of all types of college students. The services are free and completely confidential. Contact them at Counseling.IllinoisState.edu or call 438-3655.

ISU-Expert 001246

# EAF 512
# Advanced Topics: Qualitative Research Methods

## Spring 2018

**Contact Information**

| | |
|---|---|
| Beth Hatt, Ph.D.<br>Associate Professor<br><br>Illinois State University   Campus Box 5900   Normal, IL  61790 | *Office fax*: (309) 438-7742<br>*Email*: hatt.beth@gmail.com<br>*Office: 340D*<br>*Office hours*:  by appointment |

## I.   Course Overview

This course is designed for advanced graduate students interested in using qualitative research methods in their research agenda. I expect that students come to this course with an understanding of and familiarity with the major paradigms and strategies of qualitative inquiry.  For this course, we will be focusing on using theoretical frameworks for data analysis and discourse analysis.

Prerequisite: EAF 415 or SOA 473; EAF 515 or consent of instructor.

Upon successful completion of this course, the student will:

✵    Develop a better understanding of a specific form of data collection/analysis such as discourse analysis.
✵    Develop skills associated with data analysis by analyzing data according to different theoretical frameworks.
✵    Develop a better understanding of data analysis techniques used in major traditions of qualitative research.
✵    Develop their abilities for the writing and (re)presentation of research information by considering examples of qualitative research reports and through constructing their own research texts/reports.

## Required Texts

❖    Jackson, A. & Mazzei, L. (2012). Thinking with theory in qualitative research: Viewing data across multiple perspectives. New York: Routledge.
❖    Gee, J. (2011). (3rd ed.) An introduction to discourse analysis: Theory and method. New York: Routledge.
❖    Gee, J. (2011).  How to do discourse analysis: A toolkit. New York: Routledge.
❖    Supplementary readings will be posted on BlackBoard

## Description of Assignments

**PLEASE NOTE: SYLLABUS IS SUBJECT TO CHANGE!**

| Class Assignments |
|---|
| **Thinking with Theory** |
| **Jackson & Mazzei:**  Introduction, pp.1-48. |
| **Jackson & Mazzei:**  pp.49-109 |

1

ISU-Expert 001247

| |
|---|
| **Jackson & Mazzei:** pp.110-139<br>**Holland et al** |
| **Gee, How to do discourse analysis:** Ch.1,2,3 |
| **Gee, How to do discourse analysis:** Ch.4,5,6 |
| **Gee, How to do discourse analysis:** Ch. 7,8,9 |
| **Gee, How to do discourse analysis:** Ch.10,11,12 |
| **Readings from The Discourse Reader:** TBA |
| **Gee:  Unit 1**<br>Bring to class transcript analyzed according to Unit 1 tools. |
| **Gee: Unit 2**<br>Bring to class transcript analyzed according to Unit 2 tools |
| **Gee: Unit 3**<br>Bring to class transcript analyzed according to Unit 3 tools |
| **Gee: Unit 4**<br>Bring to class transcript analyzed according to Unit 4 tools |
| Final Presentation. |

## Assessment and Evaluation

➢ **Reading Reflections**

  You will provide 5 reflections of course readings worth 5 pts. Each. **25 points**.

➢ **Discourse Project**

  You will need one complete video/audio recording and transcript for this course.  All assignments will be based upon this same recording/transcript.  You will turn in your completed mini discourse projects due November 5, November 12, November 26, and December 3.  You will also attach a reflection providing an overview of the projects and what you think this means about your data.  This assignment is worth **30 points**.

➢ **Final Presentation**

  On the last class session, each student will be responsible for sharing his/her work with the entire class.  Your presentation must address 1) each of the discourse units from Gee 2) brief findings 3) connections of your work to at least four course readings and 4) future plans. Keep in mind that your time will be limited to 20 minutes.  It is expected that you will have visual aids and outline to support your presentation.  The presentation—and related documents-- is worth **25 points**.

**Disability Concerns**: Anyone with any form of disability that is likely to affect his/her academic performance should meet with the instructor within the first two weeks to discuss the issue and necessary accommodation.  Alternatively, contact Disability Concerns at 438-5853 (voice), 438-8620 (TDD).

**Class attendance.** Attendance is required.  You are allowed one unexcused absence.  After your first unexcused absence, each unexcused absence afterwards will result in a full letter grade reduction of your final grade.  Missing more than three classes unexcused will result in an automatic F.

2

ISU-Expert 001248

# EXHIBIT 14

required to request approval of outside employment prior to beginning such work. Outside employment is approved on a fiscal year basis, and a report must be filed each year.

# EAF COMMITTEES

## Chair's Advisory Council

### Membership

The work of the Chair's Advisory Council (CAC) is facilitated by the Department Chair. Members of the CAC are elected by and represent faculty from the Foundations, Higher Education, P-12, and Research areas to a 3-year term.

### Duties

A. Review and update the EAF Governance Document, Student Handbook, department webpage and retain all policies & procedures in the department.

B. Review, critique, update, and revise the department's course content and programs regularly.

   1. Reviews curriculum course numbers. rotations, academic content, learning outcomes, assessment, course design and redesign, and university catalogs

   2. reviews teaching schedules, courses rotations, schedules and teaching assignments; approved independent study requests

   3. Assists the Department Chair to determines needs and priorities, for hiring additional faculty

C. Serves as a source of mediation and conflict resolution for issues that may arise within the department

D. Review applications for EAF scholarships and select award winners by November 15 annually

**2014-2017 Representatives:** Guy Banicki, Pamela Hoff, Mohamed Nur-Awaleh, Stacy Otto

## Admissions Committee

### Membership

The work of the Admissions Committee is facilitated by the Chair who is selected by the EAF Department Chair. Members of the Admissions Committee are elected by and represent faculty from the Foundations, Higher Education, P-12, and Research areas to a 2-year term.

### Duties

A. Review admissions applications for the Principal Preparation, Superintendent Endorsement, P12 and Higher Education Doctoral programs.

B. Recommend applicants for an interview with EAF faculty.

**2015-2017 Membership:** TBD, TBD, Mohamed Nur-Awaleh, and John Rugutt

## Gala Committee

# EXHIBIT 15

**Attorney/Client Privleged – Confidential**

## How would you describe your chair/supervisor?

### *Faculty Experiences*

Faculty offered the following comments about Dr. Sutton:

- He's honest. He wants to do good by everybody. His desire is to be good to folks. I'm on the Chair's Advisory Committee, where…[each of EAF's four sub-units has a representative]. Len lets us know that he makes the decision, but he values our input. Betsy Lugg had been teaching a P-12 diversity course that was written by Linda Lyman, but Foundations wasn't involved [although it should have been], so somebody from Foundations had to co-teach with Betsy, because it wasn't just a law course. Nobody wanted to. [When courses are co-taught, each faculty member receives half salary], but Len wanted to pay Betsy the full salary [even though she'd be co-teaching with a Foundations faculty member and that faculty member would only receive half salary]. Len paid Betsy full salary for the course. He said she had expected to be teaching the course and receive full salary, so he didn't feel right about not paying her. He's so fair. And the Foundations faculty member who co-taught with her was only paid half. It's an example of him wanting to be fair and good to people [although I disagreed with his decision].
- I've never seen him angry. He believes in shared governance and as much as he can he has groups of faculty involved. He respects everybody.
- Len is very intelligent, articulate, fair minded, caring and courageous. He's taking on things that weren't taken on before, such as discussions of the notion of fairness. It's an atmosphere – everything revolves around fairness. And diversity – we need to be culturally competent. He wants to help everybody. Even Betsy Lugg – he's bent over backwards for her. I don't know if she sees that.
- I've served under [a lot] of chairs at different universities and Len is one of the top three chairs. Why? He's collegial, he's collaborative, his meetings are thoughtful and focused and he had profound integrity. I can't speak highly enough of what he's doing. He inherited a department that was adrift and people took advantage of what academic freedom allows.
- He's distant. He doesn't know our students well. He hasn't made an effort to understand our program and its needs.
- One of the most talented administrators I've ever met. He's one of the most evenhanded administrators I've seen. He's had to operate under constantly being grieved. He knew there were problems between faculty – Betsy Lugg and Diane Dean – and he gave them a chance to wipe the slate clean.
- He's the best thing to happen this department for a long time.
- He's confident, thoughtful, forward looking, a scholar, very equity focused. He sees the big picture the way others chairs haven't and he's good at a micro level, too. He's very entrepreneurial, market oriented. He's trying to push us to be sustainable.

29

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     ISU 002442**

# EXHIBIT 16



**ILLINOIS STATE UNIVERSITY**
*Illinois' first public university*

Instructional Technology and
Development Center
**Center for Teaching, Learning,
and Technology**
Campus Box 6370
Normal, IL 61790-6370
Phone: (309) 438-2542
Fax: (309) 438-8788

August 26, 2015

Dear Professor Lyman and Colleagues,

Thank you for inviting me to conduct a "mid-program chat" (Small Group Instructional Diagnosis) with students in your EAF Principal Preparation Program Cohort 2 on Thursday, July 9, 2015.   I believe all cohort members were in attendance, and the group was highly engaged in the process.  It was a joy to work with such a passionate and engaged group.  I must say at the outset, however, that this was not what I would describe as a group of "happy campers."  Quite the opposite, I would say.

As you know, the process began with my asking students the following four questions about the program:
1. What aspects of the program <u>support</u> your efforts to succeed?
2. What aspects of your program <u>hinder</u> your efforts to succeed?
3. What suggestions do you have that would improve your experience and better support your success in your program?
4. What can <u>you</u> do to improve your experience and increase your success in your program?

The students began by writing individual responses to these questions, continued by discussing them in small groups, and finished by sharing their responses with the whole group.  As they worked, I checked frequently to ensure that the answers I was recording did, in fact, represent the consensus of the group.

In response to the first question, the cohort identified four aspects of the program that support their efforts to succeed.  These were
- <mark>Instructors who have been practitioners in the field (actually worked in the K-12 system for an extended period of time)</mark>
  - And the resources they provide
- Being in a cohort
- Projects that are collaborative and provide real-world experiences
- Guest speakers brought to campus

Clearly, "real world" is a key for this cohort, as is "collaboration."  Pretty much all four of these responses centered around those two elements of the program.

Asked to identify aspects of the program that were hindering their efforts to succeed, the cohort created a rather lengthy list, which I have categorized into five general areas of concern.  It is important to note that the areas of concern are of my own creation; the bullet points, however, are in the cohort's own words … words to which they often gave rather lengthy consideration:

Program Structure
- <mark>Divisiveness among faculty, esp. regarding vision for program</mark>
- Lack of specific contact person /program director
- Lack of follow-through on previously established agreements/expectations
- <mark>Inconsistent practices/expectations among classes (exacerbated by divisiveness among faculty)</mark>

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      ISU 001235**

Program Content
- Incompatibility between state requirements and faculty's vision of program
- Lack of differentiation for students who have different backgrounds/roles, especially when it comes to internship requirements
- Greater focus on K-5 than 6-12

Communication
- Unclear and/or lack of communication regarding, for example (but not limited to)
  - Info re: length of program
  - Internship requirements and use of course work to meet those requirements
  - Course requirements

Faculty
- Instructors who lack practical experience as members of K-12 administrative teams
- Instructors who do not move from theory to practice
- Instructors who lack experience teaching at graduate level
- Faculty is overly  defensive of the program, not open to feedback  from learners

Work Load
- Instructors who don't take learners' full time jobs in to account when assigning work to be completed in an unrealistic amount of time
- Redundant work becomes busy work (e.g. too many reflections across the program … with inconsistent expectations)

On a brighter note, the cohort was more than happy to offer a number of suggestions for addressing some of these concerns.  These, too, have been organized by the categories I identified above, while the bullet points retain the carefully considered words of the cohort itself.

Program Structure
- Identify a point person who will hear and act upon <u>student</u> concerns/feedback (a program coordinator  and/or a liaison)
- Improve consistency
- Provide one set of state-approved expectations and stick to them; if there are changes necessitated by, for example, grant work, apply them to following cohorts
- Don't split courses between instructors (this is not co-teaching)
- Stop making changes to courses/program/expectations/requirements  mid-stream (this feels like "bait and switch" or failure to deliver on promise)
- Solicit meaningful feedback more often than once/program
- Create a feedback system that can actually result in changes to program

Program Content
- Allow differentiation in internships for students already in leadership roles

Communication
- Better, more reliable communication
  - Among instructors  teaching in program
  - Between program and students
- Improve level of honesty (don't be misleading)

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     ISU 001236**

Faculty
- <mark>Increase number of instructors with practical field experience</mark>
- Model learner-centered practices

Work Load
- Allow embedded coursework/project work to apply to internship, as originally communicated

The final question considered by the cohort had to do with measures the cohort members themselves could take to increase their success in the program.  In response, the group agreed that it could
- Find a way to share concerns/frustrations with appropriate people (find out who appropriate people are: who is the point person/decision maker?)
- Advocate for selves
- Be familiar with all program materials
- Work together/collaborate
- Keep perspective on own progress/development (realize what we are learning/have learned)

Typically I recommend that program administrators and/or faculty take at least a few minutes of class time soon after the chat to acknowledge the program's receipt of this student feedback, noting that the faculty will be reviewing and considering the responses as they plan for the future.  As we all know, closing feedback loops is an important element of "best practice" in education and elsewhere.  Sadly, in this instance, the feedback loop has already broken down in that you were not provided with the students' responses in a timely fashion.  In the future, we will not schedule these chats without—at the same time—scheduling an opportunity for me (or other CTLT representatives to share the feedback with the appropriate people.  Still, because this is a cohort, I assume someone in program administration or faculty will be able to get back to the group and report that you have (finally) heard their concerns and suggestions.  It would be helpful if you could also let them know which, if any, of their suggestions the program will be acting on in the near future.

Naturally, I hope you'll keep CTLT in mind as you work with your faculty and staff to engage in the continuous improvement of the program and of teaching and learning within the program.  If we can be of any further assistance, we would be happy to provide that.

Sincerely,

Dr. Claire C. Lamonica
Director, CTLT

# EXHIBIT 17

**From:**    McCreery, Michael <msmccre@ilstu.edu>
**Sent:**    Tuesday, December 01, 2015 11:17 AM
**To:**    Lugg, Elizabeth
**Cc:**    Krejci, Janet
**Subject:**    RE: Potential Ethics Law Violation

Dr. Lugg,

Thank you for sharing this concern with me. I will be initiating an investigation to determine if Dr. Lin and/or Dr. Sutton have violated the State Officials and Employees Ethics Act.

M. Shane McCreery, J.D.
Director/Ethics Officer/Title IX Coordinator
Office of Equal Opportunity, Ethics, and Access
Illinois State University
Campus Box 1280
Normal, IL 61790
TEL: (309) 438-3383
FAX: (309) 438-7395
www.equalopportunity.ilstu.edu
www.ethics.ilstu.edu

**From:** Lugg, Elizabeth
**Sent:** Monday, November 30, 2015 7:56 AM
**To:** McCreery, Michael <msmccre@ilstu.edu>
**Cc:** Krejci, Janet <jkrejci@ilstu.edu>
**Subject:** Potential Ethics Law Violation

Shane,

As I understand the state ethics law, not only am I required to not engage in unethical behavior but I am also required to report potential violations of the law if, in good faith, I believe such a violation is occurring. You are the individual named as the person to whom such a violation should be reported. While attempting to schedule a proposal hearing for one of my doctoral students, information came to my attention about a faculty member in my office – Zeng Lin. As background, I had heard rumblings from students that during this semester he kept having to rework the class he was teaching because he had to leave for China. I also know that he took a two or three year sabbitcal/leave of absence to work at Wuhan University.

Zeng sits on a doctoral committee that I am chairing. While trying to schedule a proposal hearing, he gave me an unrealistic time frame to hold the meeting because he was leaving the country for a conference. I have tried to get information on a return date, but he has not responded. My fear is that his absence will push the hearing into next semester and delay the student's graduation because he is actually leaving to work at his second faculty appointment – and I have asked him the same. At this date I have received no answer. At the same time I have heard that Zeng has made the statements to several individuals that he is a dean at Wuhan University. I also noticed that all of his classes for Spring 2016 and Summer 2016 are 100% on-line. Curious, I went to the website of Wuhan University and found this description of their faculty member, Zeng Lin, who is said to hold a joint appointment with Illinois State

1

LUGG IDHR 60

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    ISU 000701

University. http://en.whu.edu.cn/info/1073/1880.htm  Now it appears that through scheduling, Lenford Sutton has facilitated his ability to work for ISU while living in China and working for Wuhan University. His repeated leaving for China is making it hard for me to do my job. Imagine if I am correct about the next two semesters and he is never here but drawing a salary and benefits all the same?  What is ironic, is that Lenford Sutton has been pushing us to place Zeng and John Rugutt (2 minority males) on our doctoral committees because they don't have enough work – John taught no classes at all this semester. I did what Lenford requested and John was out of the country in November thus I had to hold a proposal hearing without him two weeks ago and Zeng has a faculty appointment out of the country so he is not around either! Minority male privilege has no bounds in EAF – but I digress.

I believe that holding a second faculty appointment at a second university at the same time that you are employed by the state of Illinois at Illinois State University, thereby unavoidably conducting business and doing work for the second university during the time when you are already committed to the state of Illinois, is a violation of the state ethics law. I know that it is a violation of the internal policies of ISU dealing with outside employment. I have given a great deal of thought before making this report because I know that the COE is working to have partnerships with overseas universities. However, that is nothing new. EAF has had a partnership with a university in Bangkok, Thailand for over two decades, and while our faculty have gone over to that university for six weeks to teach, none have accepted a faculty appointment at the foreign university while still on the faculty at ISU. Nor has any faculty member disrupted their classes or other commitments here at ISU because of serving two universities. Absences were of short duration and were known well in advance.

If, however, this "joint appointment" is sanctioned by both ISU and the state of Illinois, I would appreciate you letting me know. I am copying the Provost just in case this joint appointment is part of a larger strategy and does have university approval. I would have no reason to have information of such. If this is done with the knowledge and blessing of ISU I do question how it squares with state law and the "no outside work" policy to which everyone else is held. Moreover, if Zeng is allowed to be on the faculty of two universities then a precedent has been set that it doesn't violate law or policy and I wish to take advantage of the same opportunity. I would like to be able to accept an appointment at a second university or a law firm to make up for the financial damage that is being done by the poor Illinois economy and the lack of leadership and discrimination being exhibited by our chair (i.e. his bias in making summer teaching appointments – full-time for a minority male who is working for another university so already has a second salary and benefits but no appointment or a 1/3 appointment for white female faculty members who have no other outside employment and families to  support.) Either such double appointment is a violation of the state ethics law and should be stopped, or it is not a violation and should be available to all faculty; not based on race and/or national origin.

My duty under state law has been done. It is now in your hands. Thank you.

ETL


Elizabeth Timmerman Lugg, J.D., Ph.D.
Associate Professor, Education Law
College of Education
Illinois State University
Normal, IL 61790-5900
309.438.8989


"I believe there are more instances of abridgment of freedom of the people by gradual and silent encroachments by those in power than by violent and sudden usurpations." – James Madison

2

LUGG IDHR 61

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    ISU 000702

# EXHIBIT 18

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ELIZABETH TIMMERMAN LUGG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-cv-1412-JES-JEH |
| ) | |
| LENFORD SUTTON, individually, and in ) | |
| His capacity as Chair, Department of ) | |
| Educational Administration and Foundations) | |
| at Illinois State University; BOARD OF ) | |
| TRUSTEES OF ILLINOIS STATE ) | |
| UNIVERSITY, an Agency of the State of ) | |
| Illinois; Robert Churney, Robert Dobski, ) | |
| Rocco Donahue, Julie Annette Jones, Mary ) | |
| Ann Louderback, John Rauschenberger, ) | |
| Sharon Rossmark, and Sarah Aguilar, ) | |
| Student Trustee, in Their Capacity as the ) | |
| Board of Trustees of Illinois State University) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S SUPPLEMENTAL ANSWER TO
DEFENDANT BOARD OF TRUSTEES OF
ILLINOIS STATE UNIVERSITY'S INTERROGATORY # 6**

Plaintiff, ELIZABETH TIMMERMAN LUGG by and through her attorneys Katz

Nowinski P.C. and for her Supplemental Answer to Interrogatory # 6 propounded by defendant

BOARD OF TRUSTEES OF ILLINOIS STATE UNIVERSITY's states:

**INTERROGATORY NO. 6:**
Identify each expert witness whom Plaintiff intends to call at a trial of this matter and, for
each such expert witness, please provide the following information: his or her name, residential
address and business address, the subject matter on which the expert is expected to testify, the
substance of the facts and opinions to which the expert is expected to testify, and a summary of
the grounds for each such opinion. Identify any report or any written opinion relating to this case
prepared by such expert.

**Answer: Investigation continues.**

Dr. Lugg has also received no overload courses from the summer of 2015 through summer 2019.  Dr. Lugg has had no summer classes assigned since summer of 2015. Sutton has chose to not fund the law journal, which was a part of Dr. Lugg's original contract.

Dr. Lugg should have been teaching EAF 436 each summer but has only been taught by faculty who do not have the education and experience to teach, since 2016. She is the only faculty member who has a law degree, which is needed to teach the courses EAF 431, EAF 436, EAF 548, EAF 578, EAF 466, EAF 596, and EAF 512.

Dr. Lugg estimated that she also should have been assigned to teach overload courses of a second EAF 548 and a EAF 431 in Spring 2017, two EAF 586 and two EAF 436 courses in summer of 2017, an overload course of EAF 596 and EAF 512 in Fall of 2017, an overload of EAF 548 in Spring of 2018, two classes of EAF 436 and one EAF 548 in Summer of 2018, an overload of each EAF 512 and EAF 431, a EAF 436 in Summer of 2019, and an overload of each EAF 512 and EAF 431 in Fall of 2019.  It is my understanding that each summer class and overload class equals one month of base pay added to her annual earnings.  Including the missed pay from editing the Law Journal, summer classes, and overload classes, Dr. Lugg missed 1 month of pay in 2015, 3 months of pay in 2016, 8 months of pay in 2017, 7 months of pay in 2018, and 4 months of pay in 2019.

Other faculty have continued receiving overload classes and have taken over the classes she would teach in the summer, while she continues to not get assigned to any summer classes.

Dr. Lugg has had her interaction with students limited. She feels that her department has become a hostile and unfriendly environment.  She has been harassed and embarrassed.  She feels disrespected by both Mr. Sutton and ISU. Because of these things she no longer enjoys her work.  She is tenured so it is difficult to change schools without losing her tenure.  She feels trapped and that she can't leave ISU.

Offset wages are illustrated at $85,921, in 2018 dollars based on the average of her actual 2017 and 2018 earnings. Offset wages from 2015 through 2018 are based on her actual earnings. Wages are grown at an estimated 3.00 percent in 2019 and 2020.  Future offset wages are grown at a real rate of 1.00 percent.

Based on these assumptions, my opinion of the wage offset is $2,817,255 ▶ Table 14.  This figure assumes work to age 84.8, but the ability to work through any assumed age may be read from Table 14.  For example, the wage offset to age 75 is $1,936,048.

The net loss of earnings capacity is $998,315 to age 75 for annual employment.

5

# EXHIBIT 19



**ILLINOIS STATE UNIVERSITY**
*Illinois' first public university*

RECEIVED

JAN 19 2016

OFFICE OF THE PRESIDENT
ILLINOIS STATE UNIVERSITY

College of Education
**Department of Educational Administration and Foundations**

331 DeGarmo Hall
Campus Box 5900
Normal, IL 61790-5900
Phone: (309) 438-5422
coe.ilstu.edu/eafdept/

January 14, 2016

Dr. Larry Dietz, President
Dr. Janet Wessel Krejci, Provost
Dr. Perry Schoon, Dean, College of Education



President Dietz, Provost Krejci, and Dean Schoon:

Last week, our department chairperson, Dr. Lenford C. Sutton, became the target of cowardly innuendo by someone who left copies of a 15-year old legal document in public spaces within DeGarmo Hall. This document concerns a reprimand issued to Dr. Sutton by the Florida Education Practices Commission when he was an assistant principal at the Ivey Lane Elementary School in Orange County Florida. This reprimand has been a matter of public record for many years and has no bearing on his position and leadership here at ISU.

One can only assume that the intent of leaving this document in public spaces within DeGarmo Hall represents a back-door, anonymous attack on the character of Illinois State University's only African-American department chairperson. This action violates the University's code of ethics, which rests on several core values, including "intellectual honesty and personal integrity"; "fairness, non-discrimination, and diversity"; and "high standards of integrity as role models for our students and our community." As members of the faculty and staff in the Department of Educational Administration and Foundations (EAF), we deplore the action of the individual or individuals who are responsible for this violation of University ethics, and we urge that all steps be undertaken to identify them and hold them accountable. Anonymous character assassination, however inept and tawdry, simply cannot be condoned.

Furthermore, we point out that this incident is but the latest evidence of a pattern of racist behavior that has particularly affected, and in some cases egregiously intimidated, faculty colleagues of color in the EAF Department. This behavior needs to be stopped, and we are committed to working with the University in addressing what has become a racially hostile environment for many.

Finally, we emphatically state our support of Dr. Sutton, who has consistently acted with the highest level of integrity and whose talented and unflagging leadership has improved the Department dramatically, benefiting students, faculty members, and the campus community. Under his watch, we have—among many other accomplishments—increased enrollments significantly, recruited the most diverse cohort of higher education doctoral students in the Department's history, forged strong ties with the Center for the Study of Education Policy, begun crucial conversations about curriculum revisions that address contemporary challenges faced by educational leaders, and improved the ways we guide students toward the completion of their educational goals. We are proud to serve under Dr. Sutton's leadership.

*continued on next page*

*An equal opportunity/affirmative action university encouraging diversity*

President Dietz, Provost Krejci, and Dean Schoon (page 2)

We request a meeting with you so that we can express our concerns in more detail. Our department remains committed—as EAF always has—to undergraduate and graduate education that prepares educational leaders for the state and the nation. Removing ourselves from the shadow of ongoing racist behavior will be critical to our future success.

Sincerely,

James Palmer, Professor

Linda Wall, Staff

Brett Baldwin, staff

Carol Pfoff, staff

Melinda Bolin, Staff

Debra Kasperski

Andrea Jane Rediger, staff

Pamela Twyman Hoff

Venus Evans-Winters

Nicholas D. Hartlep

Lisa Hood

Beth Hatt

Erike Hunt

ISU 003636

| | |
|---|---|
| *Linda Lyman-Weiman* | LINDA LYMAN-WEIMAN, Professor |
| *Phyllis McCluskey-Titus* | Phyllis McCluskey-Titus |
| *Mohamed. A. N.* | Mohamed A. NUR-AWALEH |
| *Lualle L.T. Eckrich* | Lucille L.T. Eckrich |
| *Wendy Troxel (GP)* | Wendy Troxel |
| *Dianne Renn* | DIANNE C. RENN |
| *Guy Banicki* | Guy Banicki |
| *Neil E. Sappington* | Neil E. Sappington |
| *Lydia Kyei-Blankson* | Lydia Kyei-Blankson |
| *Lynne Haeffele* | LYNNE HAEFFELE |
| *Stacy Otto* | Stacy Otto |
| *John Rugutt* | John Rugutt |
| *Paul J. Baker* | Paul J. Baker |

ISU 003637

Ashley Long (sP)          Ashley Long

Laura Fabian (SP)         Laura Fabian

ISU 003638

# EXHIBIT 20

fall 2015, yet I did not mention it in my meeting with EAF faculty. Further information about this matter will be located in the counter-grievance I intend to file against . . . Betsy Lugg. . .

I did not get the full brunt of his retaliation until later because I was on sabbatical.

10/29/2015     McCreery was given actual knowledge of my concern of potential age discrimination by Sutton against me. His response was to suggest I file a formal complaint. By this point I had a pretty good idea that whatever I said to him was going straight back to Sutton so I did not file a formal complaint. Moreover, once someone with "authority to act" has knowledge of possible discriminatory conduct of any kind, the courts expect that an investigation will be done, regardless of whether a formal complaint is filed.

12/1/2015     **I filed an ethics violation against a statistics professor in our department, Zeng Lin.** I learned that he held two appointments – one at ISU and one at a university in China. Under the ethic laws for state employees in Illinois, once I had that knowledge I had an affirmative duty to report that information to the state or I was in violation of the law. I did that, unfortunately I had to report to McCreery so I have no doubt that he immediately told Sutton even though he claimed to have opened an investigation against both. Sutton was implicated because Zeng had told everyone he was going to be in China for the 2015/2016 year, Sutton had assigned him 3 undergraduate on-line courses outside of his field to teach during those two semesters; shortly after the ethics violation was filed Sutton announced that Zeng had been awarded a sabbatical, acting as if it was a surprise even though the application would have to have been submitted to Sutton by November 2015 – none was ever submitted to the Illinois Board of Higher Education. Soon the mysterious sabbatical no longer existed.

12/17/2015 Zeng thanked me for a wonderful proposal hearing (he sat on one of my doctoral dissertations).

3/29/2016 one week prior to the defense, Zeng tried to withdraw from the committee citing lack of qualifications. When I told him it was too late as the right to defend had been filed and therefore the committee could not change, Sutton stepped in and bullied, even trying to question doctoral exams done two years earlier, until the student, PP decided to just choose a new member. It delayed PP's graduation from May to August but he did graduate. I do not believe this was coincidental.

## Spring 2016

### Retaliation escalates after the "emergency" meeting

1/7/2016     Sutton calls an emergency meeting to talk about finances and summer teaching. In reality, he wanted all the faculty together to go on a 45 minute rant where he cried, he swore, he lifted his leg as if urinating, he told us he was an "Old Gangsta" and broke into a hip-hop lingo that only the black faculty (not the Africans, but the American Blacks) seemed to understand and he threatened retaliation to get even. Apparently someone had strategically placed a copy of his Florida disciplinary record in the College of Education building and that was the reason for the meeting. I find the timing odd. On the day this supposedly occurred, it was during winter break, no faculty or students were around, I was on the eastern side of Illinois

doing in-service training for new teachers, yet someone (Sutton?) left a copy that only he and one secretary found. He equated his behavior in Florida (inappropriately touching a child) to farting in the grocery store. It was quite a sight. He also vowed to get whoever did it – and from his "Freudian" slips it was obvious he thought I had because of course he knew I had a copy because McCreery had told him. It is obvious from their behavior, that he has convinced other faculty that I was guilty which has created an extremely hostile environment. The outcome of the meeting was a faculty letter to the university president singing Sutton's praises and making demands for justice because of the discrimination faced by our black chair. While I agreed that leaving that document around was inappropriate I did not sign the letter because I didn't agree with anything else said therein. My failure to sign undoubtedly is what Sutton used to convince others of my guilt. When going after something he wants, Sutton can be very charismatic.

2/9/2016      Sutton intimated to colleagues that I had acted inappropriately when serving on the admissions committee. When I provided the actual facts, he responded to all with "Have a nice day." That is always his response when he has been proven to be wrong, but the damage is already done.

**More physically intimidating behavior**

3/16/2016      As chair of the Academic Freedom Ethics Grievance Committee I had to provide Sutton with a copy of a grievance that had been filed by an EAF faculty member against him. When I went to his office to give him a copy and tell him his rights under the policy he kept circling me in a threatening manner. I became very nervous so once I said what I had to say, and he had looped around such that I had a straight shot to the door I tossed the complaint on his desk and left. When I told a colleague she told me to call campus security and report it. I declined to do so for fear of further harassment. I then found the complaint back in my mailbox. Next he e-mailed me asking for the names of the hearing committee so that he could provide everything to his legal counsel. I felt very uncomfortable so after telling him again that I was no longer involved in the process, I forwarded the e-mail to the hearing panel (other faculty) and reminded them that I was no longer involved so proceed as they wished. How general counsel got involved I don't know but I was replaced by the Vice-Chair who appointed a new panel. In the end, a process that was supposed to take 20 days was still going 6 months later so the faculty member withdrew her grievance. After she withdrew her grievance she gave me a copy of the response Sutton had filed which primarily attacked and slandered me – and I wasn't even part of the grievance. I didn't know what was in the grievance and have never seen it to this day. It was in this response, however, that my suspicions that McCreery was giving him information from the investigations was confirmed and as well as a threat that Sutton was going to file an ethics grievance against me – which was never done because I had done nothing. The actual excerpt from the document is included above.

3/18/2016      After continued and repetitive harassment it was decided by the Dean of the College of Education and the Provost that Sutton should be removed from any further contact with BG and that her dissertation would be supervised by the dean and me.

4/19/2016      **Provost e-mails me expressing extreme concern about the harassment she was seeing in the e-mails and asked if I wanted to file a complaint with OEOEA.** I

ISU 006132